UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**GAC STORAGE LANSING, LLC, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>Jointly Administered<br><br>The Honorable Jacqueline P. Cox |

**NOTICE OF FINAL HEARING ON GAC STORAGE EL MONTE, LLC'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE AS FOLLOWS**:

1.      On October 20, 2011 (the "Petition Date"), GAC Storage El Monte, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a). On October 27, 2011, the Bankruptcy Court entered an order providing for the joint administration of the Debtor's case with the Chapter 11 cases of GAC Storage Lansing, LLC and GAC Storage Copley Place, LLC, under lead case no. 11-40944.

2.      On December 12, 2011, the Debtor filed a motion (the "Motion") for authority to use cash collateral on an interim and final basis pursuant to 11 U.S.C. § 363(c)(2), Fed. R. Bank. P. 4001(b), and L.R. 4001-2.

3.      On December 15, 2011, the Bankruptcy Court approved the entry of an interim order permitting the use of cash collateral, granting certain adequate protection to Wells Fargo Bank, N.A., and scheduling a final hearing on the Motion.

4.      A final hearing on the Motion and the relief requested therein shall be held on **January 11, 2012 at 10:00 a.m.** before the **Honorable Jacqueline P. Cox in Courtroom 619 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois**, or in her absence, before such other Judge who may be sitting in her place, at which time and place you may appear if you deem fit. Such hearing may be continued from time to time without further notice other than by announcement in open court.

> Gordon E. Gouveia (#6282986)
> Shaw Gussis Fishman Glantz
>  Wolfson & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60654
> Tel: (312) 541-0151
> *Counsel for the Debtor*

{10242-001 NTC A0307827.DOC}

## CERTIFICATE OF SERVICE

Gordon E. Gouveia, an attorney, hereby certifies that he caused a true copy of the foregoing **Notice of Final Hearing on GAC Storage El Monte, LLC's Motion for Authority to Use Cash Collateral and for Related Relief** to be served upon the parties that receive notice via CM/ECF and the below Service List via first class U.S. Mail, postage prepaid, on this 16th day of December 2011.

                                                                */s/ Gordon E. Gouveia*

## SERVICE LIST

| | |
|---|---|
| ACN, Inc. dba Advanced Computer and Network Services<br>ATTN: Devin Wortham<br>10624 S Eastern Ave, #A-294<br>Henderson, NV 89052 | CBS Outdoor<br>15 Stockton Street,<br>P.O. Box 33074<br>Newark, NJ 07188-0074 |
| CDS Moving Equipment<br>375 West Manville St.<br>Compton, CA 90220 | Chateau Products, Inc.<br>1820 47th Terrace East<br>Bradenton, FL 34203 |
| Insurance Co. of the West<br>11455 El Camino Real<br>PO Box 85563<br>San Diego, CA 92186-5566 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Los Angeles County Treasurer and Tax Collector, Bankruptcy Unit<br>225 North Hill St.<br>Room 122<br>Los Angeles, CA 90012 | Navarro Landscape & Pest Control<br>359 West Road<br>La Habra Heights, CA 90631 |
| Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | Rapid Color Printing<br>6445 Karms Park Court<br>Las Vegas, NV 89118 |
| Ruben G. Rivas<br>522 N. Michigan Ave.<br>Pasadena, CA 91106 | Staples<br>Legal Dept.<br>500 Staples Dr.<br>Framingham, MA 01702 |

ThyssenKrupp Elevator
3005 Chastain Meadows Parkway, Ste. 100
Marietta, GA 30066

Trigild, Inc.
William J. Hoffman, Receiver
12707 High Bluff Drive Suite 300 ·
San Diego, California 92130

US Storage Search
10840 Old Mill Rd., Suite 300
Omaha, NE 68154

Wells Fargo Bank, NA
c/o H. Mark Mersel, Esq.
Bryan Cave, LLP
3161 Michelson Drive, Suite 1500
Irvine, CA  92612-4414

Wells Fargo Bank, NA
c/o Leslie Allen Bayles
Bryan Cave, LLP
161 N. Clark St., Ste. 4300
Chicago, IL  60601

Yellow Book – Pacific
6300 C Street, S.W.
Cedar Rapids, IA  52404