UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 11-40944<br>Jointly Administered<br><br>The Honorable Jacqueline P. Cox |

**SECOND INTERIM ORDER AND STIPULATION (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION AND (III) APPROVING THE FORM AND METHOD OF NOTICE OF, AND SCHEDULING, FINAL HEARING ON USE OF CASH COLLATERAL**

This cause coming to be heard on the agreement of **The Makena Great American Anza Company, LLC**, debtor and debtor in-possession herein ("Makena Anza"), and **Wells Fargo Bank, N.A.** ("Wells Fargo"), for entry of an order authorizing the use of cash collateral on an interim basis, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The final hearing on Makena Anza's Motion For Authority To Use Cash Collateral And For Related Relief (the "Motion") [Docket No. 14 in related case no. 11-48549] currently scheduled for January 11, 2012 is hereby continued to **February 9, 2012 at 9:00 a.m.** (the "Final Hearing").

2. The authority to use cash collateral as set forth in paragraph 3, subpart (a), of that certain Interim Order and Stipulation (I) Authorizing The Use Of Cash Collateral (II) Granting Adequate Protection And (III) Approving The Form And Method Of Notice Of, And Scheduling, Final Hearing On Use Of Cash Collateral (the "First Interim Order") entered on December 15, 2011 [Docket No. 21 in related case no. 11-48549] is hereby extended to February 11, 2012 by agreement between Makena Anza and Wells Fargo. The Budget is supplemented by the supplemental budget attached hereto as **Exhibit A**.

3. On or about January 18, 2012, Makena Anza made a payment in the amount of $19,375.44 to Wells Fargo pursuant to 11 U.S.C. § 362(d)(3) based on the applicable non-default contract rate of interest and thereby satisfied an obligation, if any, that exists under § 362(d)(3) prior to the Final Hearing; provided, however, that Makena Anza does not admit this case constitutes a "single asset real estate" case within the meaning of 11 U.S.C. § 101(51B), and Makena Anza reserves all rights in relation to the application of such payment and the need to make any further payments to Wells Fargo.

4. Any objections to the Motion must be filed on or before **February 1, 2012**.

5. All of the terms of the First Interim Order shall remain in effect pending the Final Hearing.

Dated: 1/25/12

ENTER: *Jacqueline P. Cox*

J. Cox

The Honorable Jacqueline P. Cox
United States Bankruptcy Judge

{10281-001 ORD A0309352.DOC 3}

# EXHIBIT A

Makena Great American Anza Co., LLC
Cash Collateral Budget

|  | Week of Jan 8, 12 | Week of Jan 15, 12 | Week of Jan 22, 12 | Week of Jan 29, 12 | Week of Feb 5, 12 |
|---|---:|---:|---:|---:|---:|
| **Revenue** | | | | | |
| Rent/Storage | 7,824.17 | 2,609.42 | 9,795.00 | 32,589.46 | 7,902.41 |
| Rent/Retail | 0.00 | 0.00 | 0.00 | 11,505.95 | 0.00 |
| Total Revenue | 7,824.17 | 2,609.42 | 9,795.00 | 44,095.41 | 7,902.41 |
| **Expense** | | | | | |
| *Employment Expenses* | | | | | |
| Payroll Expenses | 55.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| Managers Salary | 1,459.00 | 0.00 | 0.00 | 1,459.00 | 0.00 |
| Assistant Mgr Salary | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 |
| Payroll Expense -FICA | 210.00 | 0.00 | 0.00 | 210.00 | 0.00 |
| Payroll Exp - FUTA/SUI | 43.00 | 0.00 | 0.00 | 43.00 | 0.00 |
| Workers Compensation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Employment Expenses | 2,967.00 | 0.00 | 0.00 | 2,967.00 | 0.00 |
| *Bank Service Charges* | | | | | |
| Bank Service Charges | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 |
| Total Bank Service Charges | 0.00 | 0.00 | 0.00 | 140.00 | 0.00 |
| *Maintenance & Repairs* | | | | | |
| Pest Control | 152.00 | 0.00 | 0.00 | 0.00 | 152.00 |
| Fire Alarms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Landscape | 0.00 | 0.00 | 0.00 | 660.00 | 0.00 |
| Elevator Maintenance | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Total Maintenance & Repairs | 152.00 | 1,000.00 | 0.00 | 660.00 | 152.00 |
| *Marketing* | | | | | |
| Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Yellowbook | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| Yellow Pages | 0.00 | 0.00 | 0.00 | 0.00 | 2,130.00 |
| Total Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 2,300.00 |
| *Merchant Account fees* | | | | | |
| Merchant Card Expense | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.00 |
| Total Merchant Account fees | 0.00 | 0.00 | 0.00 | 1,200.00 | 0.00 |
| *Office Expense* | | | | | |
| Call Center Support | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Business License Renewal | 0.00 | 0.00 | 210.52 | 0.00 | 0.00 |
| Office Supplies Expense | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone / Fax /Internet | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 |
| Bottled water | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 |
| Auction Expense | 0.00 | 0.00 | 0.00 | 117.00 | 0.00 |
| Total 6800 · Office Expense | 225.00 | 0.00 | 210.52 | 152.00 | 510.00 |
| *Professional Fees* | | | | | |
| Software Support Maintenance | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| US Trustee Fee | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 |
| Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Retainer - Wilson Elser | 0.00 | 0.00 | 20,000.00 | 0.00 | 0.00 |
| Start Up Management Fee | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Management Fees | 0.00 | 0.00 | 0.00 | 0.00 | 3,149.72 |
| Total Professional Fees | 4,000.00 | 0.00 | 20,000.00 | 850.00 | 3,149.72 |
| *Taxes - Insurance - Interest* | | | | | |
| Property Taxes | 0.00 | 0.00 | 0.00 | 10,193.00 | 0.00 |
| Site Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mortgage Interest | 0.00 | 19,375.44 | 0.00 | 0.00 | 0.00 |
| Total Taxes - Insurance - Interest | 0.00 | 19,375.44 | 0.00 | 10,193.00 | 0.00 |
| *Utilities* | | | | | |
| Adequate Assurance Deposits | 3,061.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electricity & Gas | 0.00 | 0.00 | 0.00 | 2,144.20 | 0.00 |
| Trash Removal | 0.00 | 0.00 | 0.00 | 390.72 | 0.00 |
| Water & Sewer | 0.00 | 0.00 | 40.00 | 0.00 | 0.00 |
| Total Utilities | 3,061.28 | 0.00 | 40.00 | 2,534.92 | 0.00 |
| Total Expense | 10,405.28 | 20,375.44 | 20,250.52 | 18,696.92 | 6,111.72 |
| Net Cash Flow | -2,581.11 | -17,766.02 | -10,455.52 | 25,398.49 | 1,790.69 |