UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 11-40944<br>(Jointly Administered)<br><br>The Honorable Jacqueline P. Cox<br><br>Hearing Date: March 20, 2012<br>Hearing Time: 10:30 a.m. |

## NOTICE OF FINAL HEARING ON GAC STORAGE LANSING, LLC'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE AS FOLLOWS:**

1. On October 7, 2011 (the "Petition Date"), GAC Storage Lansing, LLC ("GAC Lansing" or the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court"). Since the Petition Date, the Debtor has remained in possession of its assets and has continued to operate its business as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The Debtor has substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a). On October 27, 2011, the Bankruptcy Court entered an order providing for the joint administration of the Debtor's case with certain related chapter 11 cases under lead case no. 11-40944.

2. On November 14, 2011, the Debtor filed a motion (the "Motion") for authority to use cash collateral on an interim and final basis pursuant to 11 U.S.C. § 363(c)(2), Fed. R. Bank. P. 4001(b), and L.R. 4001-2. [Docket No. 63]

3. On November 17, 2011, the Bankruptcy Court approved the entry of an interim order [Docket No. 65] (the "Interim Order") permitting GAC Lansing's use of cash collateral, granting certain adequate protection to Branch Banking and Trust Company ("BBT"), and the Interim Order has been extended from time to time by agreement between the Debtor and Bank of America pursuant to further order of the Court [Docket Nos. 98, 118, 155, 202].

4. A final hearing on the Motion shall be held on **March 20, 2012 at 10:30 a.m.** before the **Honorable Pamela S. Hollis in Courtroom 644 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois**, or in her absence, before such other Judge who may be sitting in her place, at which time and place you may appear if you deem fit. At that time, the Debtor will present the Stipulation and Final Order attached hereto as Exhibit 1. Such hearing may be continued from time to time without further notice other than by announcement in open court.

Gordon E. Gouveia (#6282986)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
*Counsel for the Debtor*

{10241-001 NTC A0314376.DOC}

## CERTIFICATE OF SERVICE

Gordon E. Gouveia, an attorney, hereby certifies that he caused a true copy of the foregoing **Notice of Final Hearing on GAC Storage Lansing, LLC's Motion for Authority to Use Cash Collateral and for Related Relief** to be served upon the parties that receive notice via CM/ECF and the below Service List via Facsimile or Overnight Mail, as indicated, on this 14th day of March 2012.

/s/ Gordon E. Gouveia

**CM/ECF Notice List**

- Leslie Allen Bayles    leslie.bayles@bryancave.com

- Aaron Davis    aaron.davis@bryancave.com, CHDocketing@bryancave.com;kat.flaherty@bryancave.com

- Robert M Fishman    rfishman@shawgussis.com

- Gordon E. Gouveia    ggouveia@shawgussis.com, mwestbrook@shawgussis.com

- Ryan O. Lawlor    Ryan.Lawlor@bryancave.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Elizabeth Gayle Peterson    epeterson@fhslc.com, docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com

- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com

- N Neville Reid    nreid@fhslc.com, docket@fhslc.com;kgoin@fhslc.com

- Ryan T Schultz    rschultz@fhslc.com, docket@fhslc.com

- Marylynne K Schwartz    mschwartz@shawgussis.com

**Service Via Facsimile**

| | |
|---|---|
| Allied Waste Services #721<br>PO Box 9001154<br>Louisville, KY  40290-1154<br>Fax:  (502) 638-0900 | AT&T<br>Attn: Bankruptcy Department<br>5407 Andrew's Highway<br>Middleton, TX  79706<br>Fax:  (866) 425-9278 |

{10241-001 NTC A0314376.DOC}

Branch Banking & Trust Company
Attn: Dennis Harms
5455 Kietzke Lane
Reno, NV 89511
Fax: (775) 851-1066

Century Interactive Co., LC
PO Box 795
Mission, KS 66201
Fax: (214) 272-5754

Cook County Treasurer, Law Dept.
118 North Clark Street, Room 112
Chicago, Illinois 60602
Fax: (312) 603-2113

Bobbi Youngblood
Masterminds 5
1930 Village Center Circle, #3-979
Las Vegas, NV 89134
Fax: (702) 476-2815

Property Tax Advisors LLC
PO Box 320099
Alexandria, VA 22320
Fax: (703) 683-1227

Stephen Novacek
Holland & Hart LLP
5441 Kitzke Lane
2nd floor
Reno, NV 89511
Fax: (775) 786-6179

Commonwealth Edison Company
Legal Revenue Recovery/Claims Dept.
Three Lincoln Center
Oakbrook Terrace, IL 60181
Fax: (630) 576-8591

DEX AT&T Real Yellow Pages
P.O. Box 9001401
Louisville, KY 40290
Fax: (877) 563-0033

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114
Fax: (267) 941-1015

WJR Landscaping
6438 Jackson Ave.
Hammond, IN 46324
Fax: (219) 852-0237

### Service Via Overnight Mail

Allpest Exterminating Co., Inc.
1853 East 71st Street
Chicago, IL 60649

Associated Supply Company
1860 Pama Ln.
Las Vegas, NV 89119-4622

Village of Lansing
3141 Ridge Rd.
Lansing, IL 60438

Dex One
5000 College Blvd. Ste 201
Overland Park, KS 66211

American Security & Communications
1817 Parkview Dr.
Lisle, IL 60532

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60601

Illinois Department of Employment Security
33 South State Street
Chicago, IL 60603

Telecom POA
401 West A. Street, Suite 2300
San Diego, CA 92101