# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 11-40944 |
| GAC STORAGE LANSING, LLC, *et al*. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox, Presiding |
| | ) | |
| | ) | **Hearing: May 1, 2012 at 10:30 a.m.** |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on **Tuesday, May 1, 2012 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Pamela S. Hollis in Courtroom 644, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Joint Motion of the Debtor and Lender For Order Approving Stipulation (a) Extending the Terms of the Final Cash Collateral Order; (b) Extending the Debtor's Exclusive Periods to Propose its Chapter 11 Plan and Solicit Acceptances; (c) Continuing Lender's Motion to Lift Stay; and (d) Providing Related Relief and Request for Hearing on Shortened Notice,** at which time and place you may appear as you see fit.

Dated: April 27, 2012

| BRANCH BANKING & TRUST COMPANY | GAC STORAGE LANSING, LLC |
|---|---|
| By:    */s/ Ryan T. Schultz* | By:/s/ *Gordon E. Gouveia* |
|     One of Its Attorneys |     One of Its Attorneys |
| N. Neville Reid (ARDC # 6195837) | Robert M. Fishman (ARDC #3124316) |
| Ryan T. Schultz (ARDC # 6288585) | Gordon E. Gouveia (ARDC #6282986) |
| FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC |
| 200 West Madison Street, Suite 3000 | 321 North Clark Street, Suite 800 |
| Chicago, IL 60606 | Chicago, Illinois 60654 |
| Tel: (312) 224-1200 | Tel: (312) 541-0151 |
| Fax: (312) 224-1201 | Fax: (312) 980-3888 |

# CERTIFICATE OF SERVICE

I, Gordon E. Gouveia, certify that on April 27, 2012, I caused a copy of the foregoing **Joint Motion of the Debtor and Lender for Order Approving Stipulation (a) Extending the Terms of the Final Cash Collateral Order; (b) Extending the Debtor's Exclusive Periods to Propose its Chapter 11 Plan and Solicit Acceptances; (c) Continuing BBT's Motion to Lift Stay; and (d) Providing Related Relief and Request for Hearing on Shortened Notice,** to be filed electronically through the Court's ECF filing system and to served upon the parties listed below as indicated.

/s/ Gordon E. Gouveia

Leslie Allen Bayles on behalf of Creditor BANK OF AMERICA, N.A.
leslie.bayles@bryancave.com

Aaron Davis on behalf of Creditor BANK OF AMERICA, N.A.
aaron.davis@bryancave.com, CHDocketing@bryancave.com

Robert M Fishman on behalf of Debtor GAC Storage Copley Place, LLC
rfishman@shawgussis.com

Gordon E. Gouveia on behalf of Debtor GAC Storage Copley Place, LLC
ggouveia@shawgussis.com, mwestbrook@shawgussis.com

Ryan O. Lawlor on behalf of Creditor WELLS FARGO BANK, N.A.
Ryan.Lawlor@bryancave.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Elizabeth Gayle Peterson on behalf of Creditor Branch Banking & Trust Company
epeterson@fhslc.com, docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com

Mark L Radtke on behalf of Debtor GAC Storage Copley Place, LLC
mradtke@shawgussis.com, bharrington@shawgussis.com

N Neville Reid on behalf of Creditor Branch Banking & Trust Company
nreid@fhslc.com, docket@fhslc.com

Ryan T Schultz on behalf of Creditor Branch Banking & Trust Company
rschultz@fhslc.com, docket@fhslc.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 11-40944 |
| GAC STORAGE LANSING, LLC, *et al*. ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Jacqueline P. Cox, Presiding |
| ) | |
| ) | **Hearing: May 1, 2012 at 10:30 a.m.** |

### JOINT MOTION OF DEBTOR AND LENDER FOR ORDER APPROVING STIPULATION (I) EXTENDING THE TERMS OF THE FINAL CASH COLLATERAL ORDER, (II) EXTENDING DEBTOR'S EXCLUSIVE PERIODS TO PROPOSE ITS CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES; (III) CONTINUING THE LENDER'S MOTION TO LIFT STAY;AND (IV) PROVIDING RELATED RELIEF AND REQUEST FOR HEARING ON SHORTENED NOTICE

GAC Storage Lansing, LLC (the "Debtor") and Branch Banking and Trust Company ("BBT" or the "Lender" and collectively with the Debtor, the "Movants"), by their undersigned attorneys, move this Court (the "Motion") for the entry of an order approving the stipulation attached as **Exhibit A** hereto (the "Stipulation") between the Movants: (a) Extending the terms of the Final Cash Collateral Order (defined below); (b) Extending the Debtor's exclusive periods to propose its Chapter 11 plan and solicit acceptances; (c) Continuing BBT's Motion to Lift Stay (defined below) and (d) Providing related relief. The Movants further request that the Court allow the Motion to be heard on shortened notice at the currently scheduled status hearing on BBT's Motion to Lift Stay. In support of the Motion, the Movants state as follows:

1. The Movants continue to negotiate the details of a pending proposal by BBT to (i) resolve a dispute regarding BBT's lien rights with respect to a portion of the Debtor's real property (the "Disputed Parcels") and (ii) hold an auction for the sale of the real and personal property constituting the Debtor's storage facility, including the Disputed Parcels (the "Property"), pursuant to 11 U.S.C. §363, in which BBT would have the right to credit bid its debt for purchase of all of the Property (the "Proposal"). The Movants, however, require additional time to negotiate the

terms of the Proposal so they may bring such terms before this Court for approval. As a result, the Movants have entered into the Stipulation, which provides for a "standstill" while the Movants work to resolve their issues.

2. The terms of the Stipulation are summarized as follows:

- The "Standstill Period" shall initially be from the entry of the order approving this Stipulation through and including June 12, 2012 (the "Expiration Date"), and may be extended by written agreement of the Movants without further court order;

- The terms of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral, and (II) Granting Adequate Protection [Dkt. No. 255] (the "Final Cash Collateral Order") shall be extended through and including the Expiration Date;

- The Debtor's exclusive periods to propose a plan and solicit acceptances shall be extended through the Expiration Date and sixty days after the Expiration Date, respectively;

- BBT's Motion for Relief from the Automatic Stay Pursuant to Sections 362(d)(1) and 362(d)(2) of the Bankruptcy Code and Bankruptcy Rule 4001 to Enforce Rights Against Collateral [Dkt. No. 211] (the "Motion to Lift Stay") shall be continued for status hearing only on the Expiration Date, or as soon as practicable thereafter as determined by the Court;

- The Debtor shall not file any plan of reorganization during the Standstill Period; and

- The Debtor explicitly and irrevocably waives any right to file any plan of reorganization at any time that does not permit BBT to credit bid for the purchase of certain of the Debtor's real property identified by Permanent Index Number: 30-30-119-030-0000 Vol. 228. The Debtor expressly reserves the right to dispute and object to BBT's ability to credit bid for the purchase of any other real property owned by the Debtor, specifically including the Disputed

Parcels.

3. The Stipulation contemplates and refers to a supplemental budget that extends the Final Cash Collateral Order through the Expiration Date. The Movants are still working on the supplemental budget and intend to submit it at the hearing on the Motion.

4. The Movants believe their resources would be better spent finalizing the terms of a consensual resolution of the case rather than litigating over BBT's pending Motion to Lift Stay or any non-sale plan the Debtor might propose. Therefore, the Movants request that this Court enter an order in substantially the form attached hereto approving the Stipulation in its entirety.

5. BBT's Motion to Lift Stay is currently scheduled for a status hearing at 10:30 on Tuesday, May 1, 2012. Given the nature of the relief requested herein, the Movants request that the Court allow the Motion to be heard on shortened notice at the May 1 status hearing.

WHEREFORE, the Movants request that the Court grant the relief requested in this Motion by entering an order in substantially the form attached hereto approving the Stipulation in its entirety and granting such other and further relief as this Court deems appropriate.

Dated: April 27, 2012

| BRANCH BANKING & TRUST COMPANY | GAC STORAGE LANSING, LLC |
|---|---|
| By: */s/ Ryan T. Schultz* | By:/s/ *Gordon E. Gouveia* |
| One of Its Attorneys | One of Its Attorneys |
| N. Neville Reid (ARDC # 6195837) | Robert M. Fishman (ARDC #3124316) |
| Ryan T. Schultz (ARDC # 6288585) | Gordon E. Gouveia (ARDC #6282986) |
| FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC |
| 200 West Madison Street, Suite 3000 | 321 North Clark Street, Suite 800 |
| Chicago, IL 60606 | Chicago, Illinois 60654 |
| Tel: (312) 224-1200 | Tel: (312) 541-0151 |
| Fax: (312) 224-1201 | Fax: (312) 980-3888 |