UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 11-40944<br>(Jointly Administered)<br><br>The Honorable Jacqueline P. Cox |

**NOTICE OF SECOND BUDGET TO GAC STORAGE COPLEY PLACE, LLC
FINAL CASH COLLATERAL ORDER**

**PLEASE TAKE NOTICE AS FOLLOWS**:

On March 20, 2012, the Court approved the *Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral, and (II) Granting Adequate Protection* between GAC Storage Copley Place, LLC (the "Debtor") and Bank of America, N.A. (the "Bank") [Docket No. 256] (the "Final Cash Collateral Order"). The Final Cash Collateral Order includes a First Budget (as defined therein) for the period of February 12, 2012 through May 12, 2012, and contemplates a Second Budget for the period of May 13, 2012 through July 1, 2012, as agreed to by the Debtor and the Bank. Attached hereto as Exhibit 1 is a copy of the Second Budget agreed to by the Debtor and the Bank.

|   |   |
|---|---|
| | Respectfully submitted: |
| Dated: May 17, 2012 | /s/ Gordon E. Gouveia<br>Gordon E. Gouveia (#6282986)<br>Shaw Gussis Fishman Glantz<br>  Wolfson & Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, Illinois 60654<br>Tel: (312) 541-0151<br>*Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

Gordon E. Gouveia, an attorney, hereby certifies that he caused a true copy of the foregoing Notice of Second Budget to GAC Storage Copley Place, LLC Final Cash Collateral to be served upon the parties listed below via the Court's CM/ECF noticing system, as indicated below, on this 17th day of May 2012.

/s/ Gordon E. Gouveia

**VIA CM/ECF Noticing System**

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case:

- Leslie Allen Bayles leslie.bayles@bryancave.com
- Aaron Davis aaron.davis@bryancave.com, CHDocketing@bryancave.com;kat.flaherty@bryancave.com
- Robert M Fishman rfishman@shawgussis.com
- Gordon E. Gouveia ggouveia@shawgussis.com, mwestbrook@shawgussis.com
- Ryan O. Lawlor Ryan.Lawlor@bryancave.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Elizabeth Gayle Peterson epeterson@fhslc.com, docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com
- Mark L Radtke mradtke@shawgussis.com, bharrington@shawgussis.com
- N Neville Reid nreid@fhslc.com, docket@fhslc.com;kgoin@fhslc.com
- Ryan T Schultz rschultz@fhslc.com, docket@fhslc.com
- Marylynne K Schwartz mschwartz@shawgussis.com

# Exhibit 1

**GAC Storage Copley Place, LLC**
**Cash Collateral Budget**

| | Week of May 13, 12 | Week of May 20, 12 | Week of May 27, 12 | Week of Jun 3, 12 | Week of Jun 10, 12 | Week of Jun 17, 12 | Week of Jun 24, 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Revenue | 6,927.07 | 11,234.10 | 21,073.97 | 21,073.97 | 30,898.94 | 8,020.21 | 13,006.91 | 112,235.17 |
| **Expense** | | | | | | | | |
| **6000. · Employment Expenses** | | | | | | | | |
| 6005 · Payroll Expenses | 86.00 | 0.00 | 86.00 | 0.00 | 86.00 | 0.00 | 86.00 | 344.00 |
| 6010 · Managers Salary | 1,582.00 | 0.00 | 1,582.00 | 0.00 | 1,582.00 | 0.00 | 1,582.00 | 6,328.00 |
| 6015 · Assistant Mgr Salary | 1,039.00 | 0.00 | 1,039.00 | 0.00 | 1,039.00 | 0.00 | 1,039.00 | 4,156.00 |
| 6031 · Maint Tech Salary | 381.00 | 0.00 | 381.00 | 0.00 | 381.00 | 0.00 | 381.00 | 1,524.00 |
| 6036 · Payroll Expense -FICA | 238.00 | 0.00 | 238.00 | 0.00 | 238.00 | 0.00 | 238.00 | 952.00 |
| 6037 · Payroll Exp - Fed Unemployment | 218.00 | 0.00 | 218.00 | 0.00 | 218.00 | 0.00 | 218.00 | 872.00 |
| 6045 · Workers Compensation | 147.00 | 0.00 | 147.00 | 0.00 | 147.00 | 0.00 | 147.00 | 588.00 |
| Total 6000 · Employment Expenses | 3,691.00 | 0.00 | 3,691.00 | 0.00 | 3,691.00 | 0.00 | 3,691.00 | 14,764.00 |
| **6300 · Op.Exp. -Bank Service Charges** | | | | | | | | |
| 6305 · Bank Service Charges | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 200.00 |
| Total 6300 · Op.Exp. -Bank Service Charges | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 200.00 |
| **6500 · Maintenance & Repairs** | | | | | | | | |
| Repairs Storage | 0.00 | 150.00 | 0.00 | 500.00 | 0.00 | 150.00 | 0.00 | 800.00 |
| 6505 · Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 125.00 |
| 6515 · Fire Alarms & Inspections | 0.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 240.00 |
| 6520 · HVAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| 6525 · Elevator Maintenance | 0.00 | 935.00 | 0.00 | 0.00 | 0.00 | 0.00 | 935.00 | 1,870.00 |
| 6530 · Landscape & Clarifier Fee - Annual | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 |
| Total 6500 · Maintenance & Repairs | 0.00 | 1,085.00 | 0.00 | 740.00 | 125.00 | 300.00 | 1,285.00 | 3,535.00 |
| **6600 · Marketing** | | | | | | | | |
| 6622 · Internet | 0.00 | 400.00 | 0.00 | 350.00 | 0.00 | 400.00 | 0.00 | 1,150.00 |
| 6646 · Yellow Pages | 0.00 | 0.00 | 0.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | 2,100.00 |
| 6674 · Banners & Flags | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| Total 6600 · Marketing | 0.00 | 400.00 | 750.00 | 2,450.00 | 0.00 | 400.00 | 0.00 | 4,000.00 |
| **6700 · Merchant Account fees** | | | | | | | | |
| 6705 · Merchant Card Expense | 0.00 | 0.00 | 1,660.00 | 0.00 | 0.00 | 0.00 | 1,660.00 | 3,320.00 |
| Total 6700 · Merchant Account fees | 0.00 | 0.00 | 1,660.00 | 0.00 | 0.00 | 0.00 | 1,660.00 | 3,320.00 |
| **6800 · Office Expense** | | | | | | | | |
| 6805 · Call Center Support | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 700.00 |
| 6845 · Office Supplies Expense | 125.00 | 0.00 | 300.00 | 0.00 | 150.00 | 0.00 | 0.00 | 575.00 |
| 6850 · Postage & Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6851 · Inventory Purchase | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 400.00 |
| 6855 · Telephone / Fax /Internet | 0.00 | 0.00 | 0.00 | 566.23 | 0.00 | 0.00 | 0.00 | 566.23 |
| 6860 · Bottled water | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| Eviction Costs | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 300.00 |
| 6875 · Association Fees | 0.00 | 0.00 | 603.00 | 0.00 | 0.00 | 0.00 | 603.00 | 1,206.00 |
| Total 6800 · Office Expense | 675.00 | 0.00 | 1,053.00 | 601.23 | 700.00 | 0.00 | 753.00 | 3,782.23 |
| **6900 · Professional Fees** | | | | | | | | |
| 6920 · Software Support Maintenance | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 6930 · Legal | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 8,750.00 |
| 6940 · US Trustee Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6945 · Management Fees | 0.00 | 0.00 | 0.00 | 3,783.02 | 0.00 | 0.00 | 0.00 | 3,783.02 |
| Total 6900 · Professional Fees | 1,250.00 | 1,250.00 | 1,250.00 | 5,233.02 | 1,250.00 | 1,250.00 | 1,250.00 | 12,733.02 |
| **7000 · Taxes - Insurance - Interest** | | | | | | | | |
| 7005 · Property Taxes | 56,098.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56,098.73 |
| 6282 · Tax Filing - Franchise Tax Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6284 · Tax Filing - City Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7010 · Site Insurance | 0.00 | 9,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,600.00 |
| 7015 · Adequate Protection Payments | 0.00 | 0.00 | 0.00 | 34,950.76 | 0.00 | 0.00 | 0.00 | 34,950.76 |
| Total 7000 · Taxes - Insurance - Interest | 56,098.73 | 9,600.00 | 0.00 | 34,950.76 | 0.00 | 0.00 | 0.00 | 100,649.49 |
| **7200 · Utilities** | | | | | | | | |
| 7205 · Electricity & Gas | 0.00 | 0.00 | 0.00 | 1,872.80 | 0.00 | 0.00 | 0.00 | 1,872.80 |
| 7210 · Trash Removal | 0.00 | 0.00 | 0.00 | 320.00 | 0.00 | 0.00 | 0.00 | 320.00 |
| 7215 · Water & Sewer | 0.00 | 0.00 | 0.00 | 199.50 | 0.00 | 0.00 | 0.00 | 199.50 |
| Total 7200 · Utilities | 0.00 | 0.00 | 0.00 | 2,392.30 | 0.00 | 0.00 | 0.00 | 2,392.30 |
| **Total Expense** | 61,714.73 | 12,335.00 | 8,504.00 | 46,367.31 | 5,766.00 | 1,950.00 | 8,739.00 | 145,376.04 |
| **Net Cash Flow** | -54,787.66 | -1,100.90 | 12,569.97 | -25,293.33 | 25,132.94 | 6,070.21 | 4,267.91 | -33,140.87 |