IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

**ORDER APPROVING FIRST EXTENSION OF STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION**

This matter comes before this Court on motion of Debtor **GAC Storage Copley Place, LLC** to extend use of cash collateral **[Docket No. 428]** (the "Motion"); due and proper notice of said hearing having been provided to all parties in interest; the Court being otherwise fully advised; IT IS HEREBY ORDERED, EFFECTIVE IMMEDIATELY, THAT:

1. Paragraph 9 of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 256] (the "Final Cash Collateral Order") is hereby amended and the date "July 1, 2012" is replaced with the date "August 31, 2012."

2. The budget attached hereto as <u>Exhibit 1</u> supplements the Budgets referred to in Paragraph 4 of the Final Cash Collateral Order.

3. The Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Order.

4. This Order resolves the Motion [Docket No. 428] and shall become effective immediately upon its entry.

ENTER: *Jacqueline P. Cox*

Dated: July 13, 2012

J. Cox
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

{10241-001 ORD A0322433.DOC 2}CH01DOCS\200589.1

**AGREED TO AND CONSENTED TO THIS 12th DAY OF JULY, 2012**

| | |
|---|---|
| GAC STORAGE COPLEY PLACE, LLC | BANK OF AMERICA, N.A. |
| By:/s/ Gordon E. Gouveia | By:/s/ Leslie Allen Bayles |
| One of Its attorneys | One of Its attorneys |
| Robert M. Fishman (#3124316) | Leslie Allen Bayles (#6271855) |
| Gordon E. Gouveia (#6282986) | Ryan Lawlor (#6292665) |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | Aaron Davis (#6288339) BRYAN CAVE LLP |
| 321 North Clark Street, Suite 800 | 161 North Clark Street Suite 4300 |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |
| Tel: (312) 541-0151 | Tel.: (312) 602-5000 |
| Fax: (312) 980-3888 | Fax: (312) 602-5050 |

# **EXHIBIT 1**

GAC Storage Copley Place, LLC
Cash Collateral Budget

| | Week of Jul 1, 12 | Week of Jul 8, 12 | Week of Jul 15, 12 | Week of Jul 22, 12 | Week of Jul 29, 12 | Week of Aug 5, 12 | Week of Aug 12, 12 | Week of Aug 19, 12 | Week of Aug 26, 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 42,569.42 | 9,923.19 | 8,100.41 | 13,136.98 | 42,995.12 | 10,022.42 | 8,181.41 | 7,961.01 | 5,307.34 | 148,197.30 |
| **Expense** | | | | | | | | | | |
| **6000 · Employment Expenses** | | | | | | | | | | |
| 6005 · Payroll Expenses | 0.00 | 86.00 | 0.00 | 0.00 | 86.00 | 0.00 | 86.00 | 0.00 | 86.00 | 344.00 |
| 6010 · Managers Salary | 0.00 | 1,582.00 | 0.00 | 0.00 | 1,582.00 | 0.00 | 1,582.00 | 0.00 | 1,582.00 | 6,328.00 |
| 6015 · Assistant Mgr Salary | 0.00 | 1,039.00 | 0.00 | 0.00 | 1,039.00 | 0.00 | 1,039.00 | 0.00 | 1,039.00 | 4,156.00 |
| 6031 · Maint Tech Salary | 0.00 | 381.00 | 0.00 | 0.00 | 381.00 | 0.00 | 381.00 | 0.00 | 381.00 | 1,524.00 |
| Recruiting & Training | 265.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265.00 |
| 6036 · Payroll Expense -FICA | 0.00 | 238.00 | 0.00 | 0.00 | 238.00 | 0.00 | 238.00 | 0.00 | 238.00 | 952.00 |
| 6037 · Payroll Exp - Fed Unemployment | 0.00 | 218.00 | 0.00 | 0.00 | 218.00 | 0.00 | 218.00 | 0.00 | 218.00 | 872.00 |
| 6045 · Workers Compensation | 0.00 | 147.00 | 0.00 | 0.00 | 147.00 | 0.00 | 147.00 | 0.00 | 147.00 | 588.00 |
| Total 6000 · Employment Expenses | 265.00 | 3,691.00 | 0.00 | 0.00 | 3,691.00 | 0.00 | 3,691.00 | 0.00 | 3,691.00 | 15,029.00 |
| **6300 · Op.Exp. -Bank Service Charges** | | | | | | | | | | |
| 6305 · Bank Service Charges | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 200.00 |
| Total 6300 · Op.Exp. -Bank Service Charges | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 200.00 |
| **6500 · Maintenance & Repairs** | | | | | | | | | | |
| Repairs Storage | 311.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 611.00 |
| 6505 · Pest Control | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 6515 · Fire Alarms & Inspections | 240.00 | 0.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 6520 · HVAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6525 · Elevator Maintenance | 0.00 | 0.00 | 0.00 | 935.00 | 0.00 | 0.00 | 0.00 | 0.00 | 935.00 | 1,870.00 |
| 6530 · Landscape & Clarifier Fee - Annual | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 300.00 |
| Total 6500 · Maintenance & Repairs | 551.00 | 125.00 | 300.00 | 935.00 | 240.00 | 125.00 | 300.00 | 0.00 | 935.00 | 3,511.00 |
| **6600 · Marketing** | | | | | | | | | | |
| 6622 · Internet | 1,740.00 | 0.00 | 400.00 | 0.00 | 0.00 | 350.00 | 400.00 | 0.00 | 0.00 | 2,890.00 |
| 6646 · Yellow Pages | 2,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | 4,200.00 |
| 6674 · Banners & Flags | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6600 · Marketing | 3,840.00 | 0.00 | 400.00 | 0.00 | 0.00 | 2,450.00 | 400.00 | 0.00 | 0.00 | 7,090.00 |
| **6700 · Merchant Account fees** | | | | | | | | | | |
| 6705 · Merchant Card Expense | 0.00 | 0.00 | 0.00 | 1,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,660.00 | 3,320.00 |
| Total 6700 · Merchant Account fees | 0.00 | 0.00 | 0.00 | 1,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,660.00 | 3,320.00 |
| **6800 · Office Expense** | | | | | | | | | | |
| 6805 · Call Center Support | 290.00 | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 | 990.00 |
| 6845 · Office Supplies Expense | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 6850 · Postage & Delivery | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 6851 · Inventory Purchase | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| 6855 · Telephone / Fax /Internet | 566.23 | 0.00 | 0.00 | 0.00 | 0.00 | 566.23 | 0.00 | 0.00 | 0.00 | 1,132.46 |
| 6860 · Bottled water | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| Eviction Costs | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 300.00 |
| 6875 · Association Fees | 0.00 | 0.00 | 0.00 | 603.00 | 0.00 | 0.00 | 0.00 | 0.00 | 603.00 | 1,206.00 |
| Total 6800 · Office Expense | 961.23 | 800.00 | 0.00 | 753.00 | 0.00 | 1,401.23 | 0.00 | 0.00 | 753.00 | 4,668.46 |
| **6900 · Professional Fees** | | | | | | | | | | |
| 6920 · Software Support Maintenance | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| 6930 · Legal | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 11,250.00 |
| 6940 · US Trustee Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6945 · Management Fees | 4,380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,423.80 | 0.00 | 0.00 | 0.00 | 8,803.80 |
| Total 6900 · Professional Fees | 5,630.00 | 1,450.00 | 1,250.00 | 1,250.00 | 1,250.00 | 5,873.80 | 1,250.00 | 1,250.00 | 1,250.00 | 20,453.80 |
| **7000 · Taxes - Insurance - Interest** | | | | | | | | | | |
| 7005 · Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6262 · Tax Filing - Franchise Tax Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6264 · Tax Filing - City Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7010 · Site Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7015 · Adequate Protection Payments | 34,950.76 | 0.00 | 0.00 | 0.00 | 0.00 | 34,950.76 | 0.00 | 0.00 | 0.00 | 69,901.52 |
| Total 7000 · Taxes - Insurance - Interest | 34,950.76 | 0.00 | 0.00 | 0.00 | 0.00 | 34,950.76 | 0.00 | 0.00 | 0.00 | 69,901.52 |
| **7200 · Utilities** | | | | | | | | | | |
| 7205 · Electricity & Gas | 1,872.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,872.80 | 0.00 | 0.00 | 0.00 | 3,745.60 |
| 7210 · Trash Removal | 681.00 | 320.00 | 0.00 | 0.00 | 0.00 | 320.00 | 0.00 | 0.00 | 0.00 | 1,321.00 |
| 7215 · Water & Sewer | 199.50 | 0.00 | 0.00 | 0.00 | 0.00 | 199.50 | 0.00 | 0.00 | 0.00 | 399.00 |
| Total 7200 · Utilities | 2,753.30 | 320.00 | 0.00 | 0.00 | 0.00 | 2,392.30 | 0.00 | 0.00 | 0.00 | 5,465.60 |
| Total Expense | 48,951.29 | 6,386.00 | 1,950.00 | 4,698.00 | 5,181.00 | 47,193.09 | 5,641.00 | 1,250.00 | 8,389.00 | 129,639.38 |
| Net Cash Flow | -6,381.87 | 3,537.19 | 6,150.41 | 8,438.98 | 37,814.12 | -37,170.67 | 2,540.41 | 6,711.01 | -3,081.66 | 18,557.92 |