IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

**STIPULATION EXTENDING STIPULATION AND FINAL ORDER PURSUANT TO
11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL
AND (II) GRANTING ADEQUATE PROTECTION**

Debtor GAC Storage El Monte, LLC ("El Monte") and Wells Fargo Bank, N.A. ("Lender") hereby stipulate and agree as follows:

1. Pursuant to Paragraph 7 of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 423] (the "El Monte Final Cash Collateral Order"), El Monte's right to use cash collateral expired on August 4, 2012 (the "Termination Date").

2. Pursuant to Paragraph 17 of the El Monte Final Cash Collateral Order, Lender may consent in writing to extend the Termination Date without a further court hearing or order.

3. By this Stipulation, Lender consents to an extension of the Termination Date through and including September 12, 2012. The budget attached hereto as Exhibit 1 supplements the Budget referred to in Paragraph 3 of the El Monte Final Cash Collateral Order.

4. The El Monte Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

5. This Stipulation is effective retroactively to August 5, 2012.

{10250-001 ORD A0324350.DOC}

**AGREED TO AND CONSENTED TO THIS 24th DAY OF AUGUST, 2012**

| | |
|---|---|
| GAC STORAGE EL MONTE, LLC | WELLS FARGO BANK, N.A. |
| By:/s/ Gordon E. Gouveia | By:/s/ Aaron Davis |
|    One of Its attorneys |    One of Its attorneys |
| Robert M. Fishman (#3124316) | Leslie Allen Bayles (#6271855) |
| Gordon E. Gouveia (#6282986) | Ryan Lawlor (#6292665) |
| SHAW GUSSIS FISHMAN GLANTZ | Aaron Davis (#6288339) |
|    WOLFSON & TOWBIN LLC | BRYAN CAVE LLP |
| 321 North Clark Street, Suite 800 | 161 North Clark Street Suite 4300 |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |
| Tel: (312) 541-0151 | Tel.: (312) 602-5000 |
| Fax: (312) 980-3888 | Fax: (312) 602-5050 |

# **EXHIBIT 1**

GAC Storage El Monte LLC
Cash Collateral Budget

| | Week of Aug 5, 12 | Week of Aug 12, 12 | Week of Aug 19, 12 | Week of Aug 26, 12 | Week of Sep 2, 12 | Week of Sep 9, 12 | TOTAL |
|---|---|---|---|---|---|---|---|
| Revenue | 7,500.00 | 6,000.00 | 1,850.00 | 1,850.00 | 26,250.00 | 7,500.00 | 50,950.00 |
| **Expense** | | | | | | | |
| **Employment Expenses** | | | | | | | |
| Payroll Expenses | 0.00 | 50.00 | 0.00 | 50.00 | 0.00 | 50.00 | 150.00 |
| Managers Salary | 0.00 | 1,248.00 | 0.00 | 1,248.00 | 0.00 | 1,248.00 | 3,744.00 |
| Assistant Mgr Salary | 0.00 | 960.00 | 0.00 | 960.00 | 0.00 | 960.00 | 2,880.00 |
| Maint Tech Salary | 0.00 | 400.00 | 0.00 | 400.00 | 0.00 | 400.00 | 1,200.00 |
| Payroll Expense -FICA | 0.00 | 200.00 | 0.00 | 200.00 | 0.00 | 200.00 | 600.00 |
| Payroll Exp - State Unemployment | 0.00 | 90.00 | 0.00 | 90.00 | 0.00 | 90.00 | 270.00 |
| Workers Compensation | 0.00 | 110.00 | 0.00 | 110.00 | 0.00 | 110.00 | 330.00 |
| Total Employment Expenses | 0.00 | 3,058.00 | 0.00 | 3,058.00 | 0.00 | 3,058.00 | 9,174.00 |
| **Op.Exp. Service Charges** | | | | | | | |
| Merchant Card Charges | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | 1,400.00 |
| Bank Service Charges | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 50.00 |
| Total Op.Exp. Service Charges | 725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 | 1,450.00 |
| **Maintenance & Repairs** | | | | | | | |
| Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 |
| Landscaping | 0.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| Security | 165.00 | 391.00 | 0.00 | 0.00 | 0.00 | 0.00 | 556.00 |
| Fire Alarms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HVAC Repair | 0.00 | 0.00 | 450.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| Repairs Storage | 0.00 | 950.00 | 710.00 | 0.00 | 410.00 | 0.00 | 2,070.00 |
| Elevator Maintenance | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| Total Maintenance & Repairs | 165.00 | 2,441.00 | 1,160.00 | 0.00 | 560.00 | 0.00 | 4,326.00 |
| **Marketing** | | | | | | | |
| Flags/Banners | 0.00 | 440.00 | 0.00 | 0.00 | 0.00 | 0.00 | 440.00 |
| Advertisement | 2,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,550.00 | 5,100.00 |
| Total Marketing | 2,550.00 | 440.00 | 0.00 | 0.00 | 0.00 | 2,550.00 | 5,540.00 |
| **Office Expense** | | | | | | | |
| Call Tracking Services | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 200.00 |
| Office Supplies Expense | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 | 125.00 |
| Postage & Delivery | 0.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| Inventory Purchase | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 | 350.00 |
| Telephone / Fax /Internet | 0.00 | 360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 |
| Bottled water | 0.00 | 0.00 | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Association & Eviction Fees | 0.00 | 685.00 | 0.00 | 0.00 | 0.00 | 0.00 | 685.00 |
| Total Office Expense | 275.00 | 1,170.00 | 35.00 | 0.00 | 125.00 | 275.00 | 1,880.00 |
| **Professional Fees** | | | | | | | |
| Software Support Maintenance | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Business Filing Fee | 105.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 |
| Legal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US Trustee Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Management Fees | 0.00 | 0.00 | 0.00 | 0.00 | 3,180.00 | 0.00 | 3,180.00 |
| Total Professional Fees | 105.00 | 0.00 | 200.00 | 0.00 | 3,180.00 | 0.00 | 3,485.00 |
| **Taxes - Insurance - Interest** | | | | | | | |
| Property Taxes | 0.00 | 0.00 | 14,258.00 | 0.00 | 0.00 | 0.00 | 14,258.00 |
| Tax Filing - Franchise Tax Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Site Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Truck Insurance | 0.00 | 0.00 | 153.04 | 0.00 | 0.00 | 0.00 | 153.04 |
| Adequate Protection Payments | 19,243.69 | 0.00 | 0.00 | 0.00 | 19,243.69 | 0.00 | 38,487.38 |
| Total Taxes - Insurance - Interest | 19,243.69 | 0.00 | 14,411.04 | 0.00 | 19,243.69 | 0.00 | 52,898.42 |
| **Utilities** | | | | | | | |
| Electricity & Gas | 0.00 | 3,180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,180.00 |
| Trash Removal | 0.00 | 230.00 | 0.00 | 0.00 | 0.00 | 0.00 | 230.00 |
| Water & Sewer | 0.00 | 250.00 | 1,628.00 | 0.00 | 0.00 | 0.00 | 1,878.00 |
| Total Utilities | 0.00 | 3,660.00 | 1,628.00 | 0.00 | 0.00 | 0.00 | 5,288.00 |
| **Total Expense** | 23,063.69 | 10,769.00 | 17,434.04 | 3,058.00 | 23,108.69 | 6,608.00 | 84,041.42 |
| **Net Cash Flow** | -15,563.69 | -4,769.00 | -15,584.04 | -1,208.00 | 3,141.31 | 892.00 | -33,091.42 |