**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

**STIPULATION REGARDING SECOND EXTENSION OF STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION
FOR GAC STORAGE COPLEY PLACE, LLC**

Debtor GAC Storage Copley Place, LLC and its prepetition lender Bank of America, N.A. hereby stipulate and agree to a second amendment and extension of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 256] (the "Final Cash Collateral Order") as follows:

1. Paragraph 9 of Final Cash Collateral Order, which was previously amended to replace the date "July 1, 2012" with the date "August 31, 2012" is further amended to replace the date "August 31, 2012" with the date "October 31, 2012."

2. The budget attached hereto as <u>Exhibit 1</u> supplements the Budgets referred to in Paragraph 4 of the Final Cash Collateral Order.

3. The Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

4. This Stipulation is effective retroactively to September 1, 2012.

**AGREED TO AND CONSENTED TO THIS 10th DAY OF SEPTEMBER, 2012**

| | |
|---|---|
| GAC STORAGE COPLEY PLACE, LLC | BANK OF AMERICA, N.A. |
| By:/s/ Gordon E. Gouveia<br>    One of Its attorneys | By:/s/ Aaron Davis<br>    One of Its attorneys |
| Robert M. Fishman (#3124316)<br>Gordon E. Gouveia (#6282986)<br>SHAW GUSSIS FISHMAN GLANTZ<br>    WOLFSON & TOWBIN LLC<br>321 North Clark Street, Suite 800<br>Chicago, Illinois 60654<br>Tel: (312) 541-0151 | Leslie Allen Bayles (#6271855)<br>Aaron Davis (#6288339)<br>BRYAN CAVE LLP<br>161 North Clark Street Suite 4300<br>Chicago, Illinois 60601<br>Tel.: (312) 602-5000 |

{10241-001 STI A0327265.DOC}