IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> GAC STORAGE LANSING, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-40944 <br> (Jointly Administered) <br><br> Honorable Jacqueline P. Cox |

**SECOND STIPULATION EXTENDING STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION**

Debtor GAC Storage El Monte, LLC ("El Monte") and Wells Fargo Bank, N.A. ("Lender") hereby stipulate and agree as follows:

1. Pursuant to Paragraph 7 of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 423] (the "El Monte Final Cash Collateral Order"), El Monte's right to use cash collateral was originally set to expire on August 4, 2012 (the "Termination Date").

2. Pursuant to Paragraph 17 of the El Monte Final Cash Collateral Order, Lender may consent in writing to extend the Termination Date without a further court hearing or order.

3. Pursuant to Stipulation dated August 24, 2012, Lender consented to extend the Termination Date through and including September 12, 2012. [Docket No. 545]

4. By this Stipulation, Lender consents to a further extension of the Termination Date through and including November 3, 2012. The budget attached hereto as Exhibit 1 supplements the Budget referred to in Paragraph 3 of the El Monte Final Cash Collateral Order.

5. The El Monte Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

6. This Stipulation is effective retroactively to September 13, 2012.

{10250-001 STI A0328150.DOC 2}

**AGREED TO AND CONSENTED TO THIS 21st DAY OF SEPTEMBER, 2012**

| | |
|---|---|
| GAC STORAGE EL MONTE, LLC | WELLS FARGO BANK, N.A. |
| By:/s/ Gordon E. Gouveia | By:/s/ Leslie Allen Bayles |
|    One of Its attorneys |    One of Its attorneys |
| Robert M. Fishman (#3124316) | Leslie Allen Bayles (#6271855) |
| Gordon E. Gouveia (#6282986) | Aaron Davis (#6288339) |
| SHAW GUSSIS FISHMAN GLANTZ | BRYAN CAVE LLP |
|    WOLFSON & TOWBIN LLC | 161 North Clark Street Suite 4300 |
| 321 North Clark Street, Suite 800 | Chicago, Illinois 60601 |
| Chicago, Illinois 60654 | Tel.: (312) 602-5000 |
| Tel: (312) 541-0151 | Fax: (312) 602-5050 |
| Fax: (312) 980-3888 | |

{10250-001 STI A0328150.DOC 2}