# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

## FINAL WITNESS LIST OF BANK OF AMERICA, N.A.

Bank of America, N.A. ("Lender"), secured lender of GAC Storage Copley Place, LLC (the "Debtor") submits the following list of witnesses that it may rely upon at the confirmation hearing scheduled for October 11 and 12, 2012: **Fact Witnesses:** None;[1] **Expert Witnesses:** Terence M. Connolly, MAI of Connolly Commercial R.E. Valuation, and Keith Bierman of MCA Financial Group, Ltd.

Lender expressly reserves the right to call any witness identified by the Debtor or to call rebuttal witnesses as may be needed at the hearing.

Dated: October 9, 2012

Respectfully submitted,

BANK OF AMERICA, N.A.

By: /s/     Aaron Davis
     One of Its Attorneys

---

[1] Lender may call witnesses as necessary to authenticate documents.

Leslie Allen Bayles (#06271855)
Aaron Davis (#06292665)
BRYAN CAVE LLP
161 North Clark Street, Ste. 4300
Chicago, Illinois 60601-3315
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

Bryce Suzuki (*Admitted Pro Hac Vice*)
BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7285
Facsimile: (602) 716-8285

# CERTIFICATE OF SERVICE

     Aaron E. Davis, an attorney, hereby certifies that he caused a true copy of the FINAL WITNESS LIST OF BANK OF AMERICA, N.A. to be served upon the parties listed below via the Court's CM/ECF noticing system, on this 9th day of October, 2012.

                                                      /s/ Aaron E. Davis

| | |
|---|---|
| Robert M Fishman | rfishman@shawgussis.com |
| Gordon E. Gouveia | ggouveia@shawgussis.com |
| Richard Saldinger | rsaldinger@shawfishman.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Denise DeLaurent | Denise.DeLaurent@usdoj.gov |
| Elizabeth Gayle Peterson | epeterson@fhslc.com, docket@fhslc.com, clukey@fhslc.com, acotter@fhslc.com |
| Mark L Radtke | mradtke@shawgussis.com, bharrington@shawgussis.com |
| N Neville Reid | nreid@fhslc.com, docket@fhslc.com, kgoin@fhslc.com |
| Ryan T Schultz | rschultz@fhslc.com, docket@fhslc.com |
| Marylynne K Schwartz | mschwartz@shawgussis.com |
| Andrew R. Schwartz | andy@schwartz-lawyer.com |
| Barry S. Glaser | bglaser@swjlaw.com |
| Karen I. Jeffries | kjeffreys@schwartz-lawyer.com |