IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> GAC STORAGE LANSING, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-40944 <br> (Jointly Administered) <br><br> Honorable Jacqueline P. Cox |

**FOURTH STIPULATION EXTENDING STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION**

Debtor GAC Storage El Monte, LLC ("El Monte") and Wells Fargo Bank, N.A. ("Lender") hereby stipulate and agree as follows:

1. Pursuant to Paragraph 7 of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 423] (the "El Monte Final Cash Collateral Order"), El Monte's right to use cash collateral was originally set to expire on August 4, 2012 (the "Termination Date").

2. Pursuant to Paragraph 17 of the El Monte Final Cash Collateral Order, Lender may consent in writing to extend the Termination Date without a further court hearing or order.

3. Pursuant to Stipulation dated August 24, 2012, Lender consented to extend the Termination Date through and including September 12, 2012. [Docket No. 545]

4. Pursuant to Stipulation dated September 21, 2012, Lender consented to extend the Termination Date through and including November 3, 2012. [Docket No. 605].

5. Pursuant to Stipulation dated November 12, 2012, Lender consented to extend the Termination Date through and including December 1, 2012. [Docket No. 695].

{10250-001 STI A0334566.DOC}

6. By this Stipulation, Lender consents to a further extension of the Termination Date through and including December 1, 2012. The budget attached hereto as <u>Exhibit 1</u> supplements the Budget referred to in Paragraph 3 of the El Monte Final Cash Collateral Order.

7. The El Monte Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

8. This Stipulation is effective retroactively to December 1, 2012.

**AGREED TO AND CONSENTED TO THIS 7TH DAY OF DECEMBER, 2012**

| | |
|---|---|
| GAC STORAGE EL MONTE, LLC | WELLS FARGO BANK, N.A. |
| By:<u>/s/ Gordon E. Gouveia</u> | By:<u>/s/ Aaron Davis</u> |
|    One of Its attorneys |    One of Its attorneys |
| Robert M. Fishman (#3124316) | Leslie Allen Bayles (#6271855) |
| Gordon E. Gouveia (#6282986) | Aaron Davis (#6288339) |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | BRYAN CAVE LLP |
| 321 North Clark Street, Suite 800 | 161 North Clark Street Suite 4300 |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |
| Tel: (312) 541-0151 | Tel.: (312) 602-5000 |
| Fax: (312) 980-3888 | Fax: (312) 602-5050 |