IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

**STIPULATION REGARDING FIFTH EXTENSION OF STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION FOR GAC STORAGE COPLEY PLACE, LLC**

Debtor GAC Storage Copley Place, LLC and its prepetition lender Bank of America, N.A. hereby stipulate and agree to a fifth amendment and extension of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 256] (the "Final Cash Collateral Order") as follows:

1.  Paragraph 9 of Final Cash Collateral Order, which was previously amended to replace the date "July 1, 2012" with the date "August 31, 2012", further amended to replace the date "August 31, 2012" with the date "October 31, 2012", and further amended to replace the date "October 31, 2012" with the date "November 30, 2012," and further amended to replace the date "November 30, 2012" with the date "December 31, 2012," is further amended to replace the date "December 31, 2012" with the date "January 31, 2013."

2.  The budget attached hereto as Exhibit 1 supplements the Budgets referred to in Paragraph 4 of the Final Cash Collateral Order.

3.  The Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

4.  This Stipulation is effective retroactively to January 1, 2013.

{10241-001 STI A0336486.DOC}

**AGREED TO AND CONSENTED TO THIS 7TH DAY OF JANUARY, 2013**

GAC STORAGE COPLEY PLACE, LLC             BANK OF AMERICA, N.A.

By:/s/ Gordon E. Gouveia                  By:/s/ Aaron Davis
    One of Its attorneys                      One of Its attorneys
Robert M. Fishman (#3124316)              Leslie Allen Bayles (#6271855)
Gordon E. Gouveia (#6282986)              Aaron Davis (#6288339)
SHAW FISHMAN GLANTZ & TOWBIN LLC          BRYAN CAVE LLP
321 North Clark Street, Suite 800         161 North Clark Street Suite 4300
Chicago, Illinois 60654                   Chicago, Illinois 60601
Tel: (312) 541-0151                       Tel: (312) 602-5000

{10241-001 STI A0336486.DOC}