IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

**STIPULATION REGARDING SIXTH EXTENSION OF STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION FOR GAC STORAGE COPLEY PLACE, LLC**

Debtor GAC Storage Copley Place, LLC ("Debtor") and its prepetition lender Bank of America, N.A. ("Lender") hereby stipulate and agree to a sixth amendment and extension of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 256] (the "Final Cash Collateral Order") as follows:[1]

1.  Paragraph 9 of Final Cash Collateral Order, which was previously amended to replace the date "July 1, 2012" with the date "August 31, 2012", further amended to replace the date "August 31, 2012" with the date "October 31, 2012", and further amended to replace the date "October 31, 2012" with the date "November 30, 2012," and further amended to replace the date "November 30, 2012" with the date "December 31, 2012," and further amended to replace the date "December 31, 2012" with the date "January 31, 2013," is further amended to replace the date "January 31, 2013" with the date "February 28, 2013."

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to such terms in the Final Cash Collateral Order.

{10241-001 STI A0338830.DOC}

2. Lender is authorized to apply all adequate protection payments received from the Debtor to the Loan balance in accordance with the terms of the Loan Documents.

3. The budget attached hereto as <u>Exhibit 1</u> supplements the Budgets referred to in Paragraph 4 of the Final Cash Collateral Order.

4. The Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

5. This Stipulation is effective retroactively as of February 1, 2013.

**AGREED TO AND CONSENTED TO THIS 5TH DAY OF FEBRUARY, 2013**

| | |
|---|---|
| GAC STORAGE COPLEY PLACE, LLC | BANK OF AMERICA, N.A. |
| By:<u>/s/ Gordon E. Gouveia</u> | By:<u>/s/ Aaron Davis</u> |
|     One of Its attorneys |     One of Its attorneys |
| Robert M. Fishman (#3124316) | Leslie Allen Bayles (#6271855) |
| Gordon E. Gouveia (#6282986) | Aaron Davis (#6288339) |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | BRYAN CAVE LLP |
| 321 North Clark Street, Suite 800 | 161 North Clark Street Suite 4300 |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |
| Tel: (312) 541-0151 | Tel: (312) 602-5000 |