IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-40944<br>(Jointly Administered)<br><br>Honorable Jacqueline P. Cox |

**SEVENTH STIPULATION EXTENDING STIPULATION AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363 (I) AUTHORIZING USE OF CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION**

Debtor GAC Storage El Monte, LLC ("El Monte") and Wells Fargo Bank, N.A. ("Lender") hereby stipulate and agree as follows:

1. Pursuant to Paragraph 7 of the Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361 and 363 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 423] (the "El Monte Final Cash Collateral Order"), El Monte's right to use cash collateral was originally set to expire on August 4, 2012 (the "Termination Date").

2. Pursuant to Paragraph 17 of the El Monte Final Cash Collateral Order, Lender may consent in writing to extend the Termination Date without a further court hearing or order.

3. Pursuant to Stipulation dated August 24, 2012, Lender consented to extend the Termination Date through and including September 12, 2012. [Docket No. 545]

4. Pursuant to Stipulation dated September 21, 2012, Lender consented to extend the Termination Date through and including November 3, 2012. [Docket No. 605]

5. Pursuant to Stipulation dated November 12, 2012, Lender consented to extend the Termination Date through and including December 1, 2012. [Docket No. 695]

{10250-001 STI A0341339.DOC}

6.  Pursuant to Stipulation dated December 7, 2012, Lender consented to extend the Termination Date through and including December 29, 2012. [Docket No. 748][1]

7.  Pursuant to Stipulation dated January 17, 2013, Lender consented to extend the Termination Date through and including February 2, 2013, effective retroactively to December 30, 2012. [Docket No. 768]

8.  Pursuant to Stipulation dated February 8, 2013, Lender consented to extend the Termination Date through and including March 2, 2013, effective retroactively to February 2, 2013. [Docket No. 790]

9.  By this Stipulation, Lender consents to a further extension of the Termination Date through and including March 30, 2013. The budget attached hereto as <u>Exhibit 1</u> supplements the Budget referred to in Paragraph 3 of the El Monte Final Cash Collateral Order.

10. The El Monte Final Cash Collateral Order remains in full force and effect, except as otherwise modified by this Stipulation.

11. This Stipulation is effective retroactively to March 3, 2013.

**AGREED TO AND CONSENTED TO THIS 12TH DAY OF MARCH, 2013**

| | |
|---|---|
| GAC STORAGE EL MONTE, LLC | WELLS FARGO BANK, N.A. |
| By:<u>/s/ Gordon E. Gouveia</u><br>    One of Its attorneys | By:<u>/s/ Aaron Davis</u><br>    One of Its attorneys |
| Robert M. Fishman (#3124316)<br>Gordon E. Gouveia (#6282986)<br>SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 North Clark Street, Suite 800<br>Chicago, Illinois 60654<br>Tel: (312) 541-0151<br>Fax: (312) 980-3888 | Leslie Allen Bayles (#6271855)<br>Aaron Davis (#6288339)<br>BRYAN CAVE LLP<br>161 North Clark Street Suite 4300<br>Chicago, Illinois 60601<br>Tel.: (312) 602-5000<br>Fax: (312) 602-5050 |

---

[1] This stipulation was amended to correct a typographical error related to the extension date on January 9, 2013. [Docket No. 767].