UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>GAC STORAGE LANSING, LLC, et al.<br><br>Debtor(s) | BK No.: 11-40944<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Jacqueline Cox |

**ORDER GRANTING JOINT MOTION OF BRANCH BANKING & TRUST COMPANY AND DEBTOR GAC STORAGE LANSING, LLC FOR ENTRY OF ORDER POSTPONING SALE HEARING, CONTINUING STAY RELIEF MOTION, AND EXTENDING STANDSTILL PERIOD**

This matter having come before the Court on the Joint Motion of Branch Banking & Trust Company and Debtor GAC Storage Lansing, LLC for Entry of Order Postponing Sale Hearing, Continuing Stay Relief Motion, and Extending Standstill Period (the "Motion" – any capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion); due and proper notice of the Motion having been provided; and there being good cause to grant the relief requested therein; IT IS HEREBY ORDERED:

1. The Sale Hearing is rescheduled to July 9, 2013 at 10:30 am in Courtroom 680.

2. BBT's stay relief motion [Docket No. 211] is hereby continued to July 9, 2013 at 10:30 am.

3. The Expiration Date of the Standstill Period is hereby extended to August 3, 2013. The Debtor is authorized to use cash collateral pursuant to the terms of the Final Cash Collateral Order and in accordance with the budget attached hereto.

Enter: *Jacqueline P. Cox*
                J. Cox

Dated: JUN 2 0 2013                    United States Bankruptcy Judge

**Prepared by:**

Gordon E. Gouveia (ARDC #6282986)
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151

Rev: 20130103_bko

GAC Storage Lansing, LLC
Cash Collateral Budget

| | Week of Jun 30, 13 | Week of Jul 7, 13 | Week of Jul 14, 13 | Week of Jul 21, 13 | Week of Jul 28, 13 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Revenue** | 19,226.75 | 10,303.55 | 4,617.62 | 6,426.04 | 6,426.04 | 47,000.00 |
| **Expense** | | | | | | |
| 60001 · Operating Expenses | | | | | | |
| 6005 · Employment Expenses | | | | | | |
| 6037 · Payroll Tax - SUI | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 | 60.00 |
| 6020 · Salary - Assist Mgr | 0.00 | 0.00 | 1,250.00 | 0.00 | 1,250.00 | 2,500.00 |
| 6010 · Salary - Manager | 0.00 | 0.00 | 1,800.00 | 0.00 | 1,800.00 | 3,600.00 |
| 6030 · Payroll Fees | 0.00 | 0.00 | 40.00 | 0.00 | 40.00 | 80.00 |
| 6035 · Payroll Tax - FICA | 0.00 | 0.00 | 220.00 | 0.00 | 220.00 | 440.00 |
| Total 6005 · Employment Expenses | 0.00 | 0.00 | 3,340.00 | 0.00 | 3,340.00 | 6,680.00 |
| 6300 · Bank Charges | | | | | | |
| 6305 · Bank Service Charges | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| Total 6300 · Bank Charges | 0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| 6500 · Maintenance & Repairs | | | | | | |
| 6505 · Pest Control | 0.00 | 0.00 | 85.00 | 0.00 | 0.00 | 85.00 |
| 6515 · Fire Alarms System | 0.00 | 156.00 | 0.00 | 0.00 | 0.00 | 156.00 |
| 6535 · Security System | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HVAC Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6545 · Repairs Storage | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 6550 · Landscaping & Snow Removal | 0.00 | 0.00 | 180.00 | 0.00 | 0.00 | 180.00 |
| Total 6500 · Maintenance & Repairs | 0.00 | 356.00 | 265.00 | 0.00 | 0.00 | 621.00 |
| 6600 · Marketing | | | | | | |
| 6606 · Internet | 49.50 | 0.00 | 400.00 | 0.00 | 0.00 | 449.50 |
| Local Promotion | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| 6646 · Directory Advertising | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6600 · Marketing | 124.50 | 0.00 | 400.00 | 0.00 | 0.00 | 524.50 |
| 6700 · Merchant Card Expense | | | | | | |
| 6705 · Merchant Account Fees | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 700.00 |
| Total 6700 · Merchant Card Expense | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 700.00 |
| 6800 · Office and Site Expenses | | | | | | |
| Eviction Costs | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| Merchandise Stock | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | 350.00 |
| Construction Drawings | 0.00 | 270.22 | 0.00 | 0.00 | 0.00 | 270.22 |
| 6284 · Software Maintenance | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 6845 · Office Supplies Expense | 17.12 | 0.00 | 150.00 | 0.00 | 0.00 | 167.12 |
| 6805 · Call Measure & Call Center | 275.00 | 0.00 | 0.00 | 80.00 | 0.00 | 355.00 |
| 6855 · Telephone/Fax/Internet | 332.25 | 0.00 | 0.00 | 0.00 | 0.00 | 332.25 |
| Total 6800 · Office and Site Expenses | 824.37 | 270.22 | 500.00 | 280.00 | 0.00 | 1,874.59 |
| 6900 · Professional Fees | | | | | | |
| 6945 · Management Fees | 0.00 | 2,684.76 | 0.00 | 0.00 | 0.00 | 2,684.76 |
| LLC Filing Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US Trustee Fee | 0.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 |
| Legal Fees | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 17,500.00 |
| Total 6900 · Professional Fees | 3,500.00 | 6,184.76 | 3,500.00 | 4,475.00 | 3,500.00 | 21,159.76 |
| 7000 · Taxes / Insurance / Interest | | | | | | |
| 7010 · Site Insurance | 3,368.38 | 0.00 | 0.00 | 0.00 | 0.00 | 3,368.38 |
| 7005 · Property Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tax Appeal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7015 · Adequate Protection Payments | 9,347.53 | 0.00 | 0.00 | 0.00 | 0.00 | 9,347.53 |
| Total 7000 · Taxes / Insurance / Interest | 12,715.91 | 0.00 | 0.00 | 0.00 | 0.00 | 12,715.91 |
| 7200 · Utilities | | | | | | |
| 7205 · Electricity & Gas | 1,939.91 | 0.00 | 0.00 | 0.00 | 0.00 | 1,939.91 |
| 7210 · Trash Removal | 145.00 | 0.00 | 0.00 | 0.00 | 0.00 | 145.00 |
| Total 7200 · Utilities | 2,084.91 | 0.00 | 0.00 | 0.00 | 0.00 | 2,084.91 |
| **Total Expense** | 19,249.69 | 6,810.98 | 8,780.00 | 4,755.00 | 6,840.00 | 46,435.67 |
| **Net Cash Flow** | (22.94) | 3,492.57 | (4,162.38) | 1,671.04 | (413.96) | 564.33 |