UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**GAC STORAGE LANSING, LLC,**<br><br>Debtors. | Chapter 11<br>Case No. 11-40944<br><br>The Honorable Jacqueline P. Cox |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Law Offices of Smith, Hemmesch, Burke & Kaczynski |
| Authorized to Provide Professional Services to: | GAC Storage Lansing, LLC |
| Date of Order Authorizing Employment: | January 25, 2015, as modified by orders dated September 4, 2012 and February 7, 2013 (Docket Nos. 158, 590, 788) |
| Period for Which Compensation is Sought: | December 13, 2012 through and including April 13, 2013 |
| Amount of Fees Sought: | $3,012.50 |
| Amount of Expense Reimbursement Sought: | $0 |

This is a(n):    ☐ Interim Application    ☒ Final Application

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Amount Withheld |
|---|---|---|---|---|
| 8/29/12 | N/A | $17,884 (contingency fee) | $17,884.00 | $0.00 |
| 2/4/13 | N/A | $18,323 (contingency fee) | $18,323.00 | $0.00 |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred during the Application Period:   $0.00

| | |
|---|---|
| Applicant: | Law Offices of Smith, Hemmesch, Burke & Kaczynski |
| Date:  August 6, 2013 | By:   */s/ Courtney Harvey Pastrnak* |

{10242-001 APPL A0351698.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**GAC STORAGE LANSING, LLC,**<br><br>Debtor. | Chapter 11<br>Case No. 11-40944<br><br>The Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on **August 27, 2013, at 9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox, Courtroom 680, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, to present the **FINAL APPLICATION OF LAW OFFICES OF SMITH, HEMMESCH, BURKE & KACZYNSKI FOR ALLOWANCE AND PAYMENT OF COMPENSATION**, a copy of which is attached hereto.

Dated:  August 6, 2013

                                    */s/ Gordon E. Gouveia*

                                    Robert M. Fishman (#3124316)
                                    Gordon E. Gouveia (#6282986)
                                    Shaw Fishman Glantz & Towbin LLC
                                    321 North Clark Street, Suite 800
                                    Chicago, Illinois 60654
                                    Tel: (312) 541-0151
                                    Fax: (312) 980-3888
                                    *Counsel for GAC Storage Lansing, LLC*

## **CERTIFICATE OF SERVICE**

Gordon E. Gouveia, an attorney, hereby certifies that he caused a true copy of the foregoing **NOTICE OF MOTION** and attached **FINAL APPLICATION OF LAW OFFICES OF SMITH, HEMMESCH, BURKE & KACZYNSKI FOR ALLOWANCE AND PAYMENT OF COMPENSATION** to be served upon the attached Service List, as indicated below, on this 6th day of August, 2013.

*/s/ Gordon E. Gouveia*

## **SERVICE LIST**

**E-mail via CM/ECF Notice System**

- Leslie Allen Bayles leslie.bayles@bryancave.com
- Leslie Allen Bayles leslie.bayles@bryancave.com
- Aaron Davis aaron.davis@bryancave.com, CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
- David R Doyle ddoyle@shawfishman.com
- Robert M Fishman rfishman@shawfishman.com
- Gordon E. Gouveia ggouveia@shawfishman.com, mwestbrook@shawfishman.com
- Karen Jeffreys kjeffreys@schwartz-lawyer.com
- Ryan O. Lawlor Ryan.Lawlor@bryancave.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Elizabeth Gayle Peterson epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com
- Mark L Radtke mradtke@shawfishman.com, bharrington@shawfishman.com
- N. Neville Reid nreid@fslc.com, bkdocket@fslc.com;kgoin@fslc.com
- Richard A. Saldinger rsaldinger@shawfishman.com, msalazar@shawfishman.com
- Ryan T Schultz rschultz@fslc.com, bkdocket@fslc.com
- Andrew R Schwartz andy@schwartz-lawyer.com, deb@schwartz-lawyer.com;kjeffreys@schwartz-lawyer.com;tjk@schwartz-lawyer.com;lawclerk@schwartz-lawyer.com
- Marylynne K Schwartz mschwartz@shawgussis.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**GAC STORAGE LANSING, LLC,**<br><br>Debtor. | Chapter 11<br>Case No. 11-40944<br><br>The Honorable Jacqueline P. Cox |

**FINAL APPLICATION OF LAW OFFICES OF SMITH, HEMMESCH, BURKE & KACZYNSKI FOR ALLOWANCE AND PAYMENT OF COMPENSATION**

Christopher B. Kaczynski and the Law Offices of Smith, Hemmesch, Burke & Kaczynski (collectively, "Smith Hemmesch"), special counsel to debtor GAC Storage Lansing, LLC ("GAC Lansing"), apply to this Court, pursuant to 11 U.S.C. § 330(a), Fed. R. Bankr. P. 2002, and Local Bankruptcy Rule 5082-1, for entry of an order (i) allowing $3,012.50 for approximately 10 hours of services rendered as special counsel to GAC Lansing and (ii) authorizing and directing payment of Smith Hemmesch's allowed fees by the Debtor (the "Final Application"). In support of the Final Application, Smith Hemmesch respectfully states as follows:

**Jurisdiction and Venue**

1.      On October 7, 2011 (the "Petition Date"), GAC Lansing filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. Between the Petition Date and July 25, 2013, when GAC Lansing sold substantially all of its assets including the storage facility located in Lansing, Illinois, GAC Lansing remained in possession of its assets and continued to operate its business as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. GAC Lansing has all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a).

2.      This Court has jurisdiction to hear this Final Application and to enter a final order granting the relief requested herein pursuant to 28 U.S.C. §§ 1334 and 157(b)(2) and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### The Original Retention Order

3.      On January 18, 2012, GAC Lansing filed its *Application for Authority to Employ the Law Offices of Smith, Hemmesch, Burke & Kaczynski as Special Counsel and for Approval of Compensation Arrangement Related Thereto* along with the *Verified Declaration of Christopher B. Kaczynski Pursuant to Bankruptcy Rule 2014(a)* [Docket No. 145] (the "Retention Application"), which is incorporated by reference herein.  In the Retention Application, GAC Lansing sought to hire Smith Hemmesch to prosecute an appeal of GAC Lansing's 2011 property tax assessment with the Cook County Assessor's Office.

4.      On January 25, 2012, the Court granted the Retention Application and entered the *Order Authorizing GAC Storage Lansing, LLC to Employ the Law Offices of Smith, Hemmesch, Burke & Kaczynski* [Docket No. 158] (the "Retention Order"), authorizing GAC Lansing to employ Smith Hemmesch as special counsel for the purpose of "prosecut[ing] an appeal of the 2011 property tax assessment."  Retention Order ¶ 3.  The Retention Order approved Smith Hemmesch's compensation arrangement, including a contingency fee of 25% of any tax savings received as a result of the tax appeal and reimbursement of necessary and reasonable out-of-pocket expenses.  Under the Retention Order, payment of Smith Hemmesch's contingency fee and reimbursement of any expenses by GAC Lansing is subject to further Court approval.

### Successful 2011 Tax Appeal and First Contingency Fee Payment to Smith Hemmesch

5.      Smith Hemmesch successfully appealed GAC Lansing's 2011 property tax assessment, resulting in tax savings of $71,535 for GAC Lansing.  Therefore, pursuant to Order

{10242-001 APPL A0351698.DOC}

of this Court dated September 4, 2012 [Docket No. 590], Smith Hemmesch received a 25% contingency fee payment in the amount of $17,884 from cash collateral, as budgeted and agreed upon by GAC Lansing's prepetition lender, Branch Banking and Trust Company ("BBT").

**Successful 2012 Tax Appeal and Second Contingency Fee Payment to Smith Hemmesch**

6.  In the September 4, 2012 Order, the Court also modified the Retention Order to authorize GAC Lansing's employment of Smith Hemmesch to prosecute an appeal of the 2012 property tax assessment. Smith Hemmesch successfully appealed GAC Lansing's 2012 property tax assessment, resulting in tax savings of $73,291 for GAC Lansing. Therefore, pursuant to Order of this Court dated February 7, 2013 [Docket No. 788], Smith Hemmesch received a 25% contingency fee payment in the amount of $18,323 from cash collateral, as budgeted and agreed upon by BBT.

7.  In the February 7, 2013 Order, the Court further modified the Retention Order to authorize GAC Lansing's employment of Smith Hemmesch (i) on a 25% contingency fee basis to further prosecute the 2012 tax appeal to the Cook County Board of Review and (ii) on an hourly fee basis to provide legal services in connection with the resolution of potential back tax liabilities related to GAC Lansing's property, effective retroactively to November 1, 2012. A copy of the Court's February 7, 2013 Order is attached hereto as Exhibit A.

**Summary of Services Rendered by Smith Hemmesch Pursuant to February 7, 2013 Order**

8.  The appeal of 2012 property tax assessment to the Cook County Board of Review was not successful. Therefore, Smith Hemmesch is not seeking any contingency fee for that aspect of the engagement.

9.  As set forth in Smith Hemmesch's invoices attached hereto as Group Exhibit B, from December, 2012 through April, 2013, Smith Hemmesch provided approximately ten (10) hours of legal services in connection with the resolution of potential back tax liabilities related to

{10242-001 APPL A0351698.DOC}

GAC Lansing's property. Those services included: (i) making a request to the Cook County Assessor's Office pursuant to the Freedom of Information Act and reviewing documents produced by Cook County in response to that request; (ii) participating in telephone conferences with GAC Lansing's general bankruptcy counsel and representatives of Chicago Title regarding the omitted tax assessments and potential back tax claims; (iii) drafting an opinion letter regarding the strategy for resolving omitted assessments and potential back tax claims; (iv) attending an in person meeting at Chicago Title to discuss the omitted assessments and negotiate an escrow arrangement for potential back tax liabilities and related communications; and (v) assisting with negotiation of a stipulation and agreed order with the Cook County Treasurer's Office.

10. Smith Hemmesch's services were instrumental to GAC Lansing's ability to move forward with the sale process in February 2013 and the negotiation of a stipulation and agreed order with the Cook County Treasurer resolving potential back tax claims, which were estimated to be in the range of $15,000 to $40,000. The rates charged by Smith Hemmesch–$325/hour for partner, Christopher B. Kaczynksi, and $275/hour for associate, Courtney J. Harvey—are customary hourly rates for the types of services rendered and are competitive with comparably experienced tax attorneys.

11. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled tax lawyers, Smith Hemmesch respectfully submits that the requested compensation in the amount of $3,012.50 represents a fair and reasonable amount that should be allowed in full.

{10242-001 APPL A0351698.DOC}

**Notice**

12. In accordance with Fed. R. Bankr. P. 2002, notice of this Final Application has been provided to: (a) the United States Trustee for the Northern District of Illinois; (b) counsel for secured creditor, BBT; and (c) all other creditors with filed or scheduled claims. Smith Hemmesch requests that the Court deem such notice adequate and waiver any further or additional notice pursuant to Fed. R. Bankr. P. 9006.

WHEREFORE, Smith Hemmesch requests entry of an order: (i) allowing Smith Hemmesch's fees in the amount of $3,012.50; (ii) authorizing and directing GAC Lansing to pay Smith Hemmesch's allowed fees from available cash collateral; and (iii) granting such other and further relief as is just and equitable.

Dated: August 6, 2013

Respectfully submitted,

Law Offices of Smith, Hemmesch,
Burke & Kaczynski

By:  */s/ Courtney Harvey Pastrnak*
     Courtney Harvey Pastrnak
     Smith, Hemmesch, Burke &
     Kaczynski
     10 South LaSalle Street
     Suite 2660
     Chicago, Illinois 60603
     Tel: (312) 939-0100
     charvey@shb-law.com