UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>GAC STORAGE LANSING, LLC,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-40944<br><br>Chapter: 11<br><br>Honorable Jacqueline Cox |

### ORDER ALLOWING COMPENSATION OF LAW OFFICES OF SMITH, HEMMESCH, BURKE & KACZYNSKI AS SPECIAL COUNSEL TO DEBTOR AND AUTHORIZING PAYMENT BY DEBTOR

Upon consideration of the Final Application of Law Offices of Smith, Hemmesch, Burke & Kaczynski for Allowance and Payment of Compensation (the "Final Application" – any capitalized terms not defined herein shall have the meaning assigned to them in the Final Application), for entry of an order (i) allowing $3,012.50 for approximately 10 hours of services rendered as special counsel to GAC Lansing and (ii) authorizing and directing payment of Smith Hemmesch's allowed fees by GAC Lansing from available cash collateral; the Court having core jurisdiction to hear and determine the Final Application; due and proper notice of the Final Application having been provided to creditors and parties in interest; and after due deliberation and consideration of the Final Application, there being good cause to grant the relief provided herein; it is ORDERED:

1. Notice of the Final Application as provided for therein is sufficient and no further notice is required.

2. Smith Hemmesch is allowed compensation in the amount of $3,012.50 for actual and necessary legal services provided to GAC Lansing.

3. GAC Lansing is authorized and directed to pay Smith Hemmesch $3,012.50 from available cash collateral.

Enter: *Jacqueline P. Cox*

*J. Cox*
United States Bankruptcy Judge

Dated: 8/27/13

**Prepared by:**
Robert M. Fishman (#3124316)
Gordon E. Gouveia (#6282986)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
Fax: (312) 980-3888
Counsel for GAC Storage Lansing, LLC

Rev: 20130103_bko