UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 11-40944
GAC STORAGE LANSING, LLC, )
)
) Chapter: 11
)
) Honorable Jacqueline Cox
)
)
Debtor(s) )

## ORDER APPROVING FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the final application of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") as counsel to GAC Storage Lansing, LLC ("GAC Lansing"), requesting the entry of an order pursuant to 11 U.S.C. § 330, FED. R. BANKR. P. 2002, and Local Bankruptcy Rule 5082-1, for entry of an order (i) allowing $106,260.00 in compensation for services rendered as general bankruptcy counsel to GAC Lansing, and $2,469.52 for reimbursement of actual and necessary expenses incurred by Shaw Fishman in connection with such services, for the period beginning November 1, 2012 through and including August 6, 2013; (ii) modifying and reaffirming the Court's previous orders authorizing the interim allowance and payment of fees and expenses to Shaw Fishman; and (iii) authorizing and directing payment of Shaw Fishman's allowed fees and expenses by GAC Lansing from the Retainer and, as to the remainder, from available cash collateral (the "Final Application" – any capitalized terms not defined herein shall have the meaning ascribed to such terms in the Final Application); due and proper notice of the Final Application having been provided to all creditors and parties in interest; it appearing that there is good cause to grant the relief requested; and the Court being fully advised in the premises; it is therefore ORDERED that:

1. The Final Application is granted as set forth herein.

2. The form and manner of notice of this Final Application is approved and further notice of the hearing with respect to this Final Application is hereby waived.

3. The Second Interim Order is hereby modified to reduce the fee award by $4,500.00.

4. Shaw Fishman is allowed $106,260.00 in compensation for services provided during the Application Period.

5. Shaw Fishman is allowed $2,469.52 in expense reimbursement for costs incurred during the Application Period.

6. This Order constitutes final approval of the fees and expenses sought in the Final Application and awarded by the Court in the first, second and third interim orders. [Docket Nos. 322, 516, 753].

7. Shaw Fishman is authorized to apply the Retainer to pay allowed fees and expenses as set forth herein.

8. GAC Lansing is authorized and directed to pay Shaw Fishman $7,879.42 from the debtor in

possession account, which amount represents the balance of allowed fees and expenses due after application of the Retainer less the $4,500.00 credit for reduced fees under the Second Interim Order, as modified herein.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: AUG 27 2013

United States Bankruptcy Judge

**Prepared by:**

Robert M. Fishman (#3124316)
Gordon E. Gouveia (#6282986)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 980-3805
Fax: (312) 980-3888
rfishman@shawfishman.com
ggouveia@shawfishman.com

Rev: 20130104_bko