UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>GAC STORAGE LANSING, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 11-40944<br><br>The Honorable Jacqueline P. Cox |

## ORDER AUTHORIZING DEBTOR TO MAKE FINAL DISTRIBUTIONS TO CREDITORS AND DISMISSING CHAPTER 11 CASE

This case coming before the Court for hearing following the sale of all of the assets of debtor GAC Storage Lansing, LLC (the "Debtor") pursuant to prior orders of the Court, including the Court's order dated March 14, 2013 [Docket No. 820] (the "Order Approving Structured Dismissal")[1] authorizing the Debtor to make distributions to creditors, including payment of allowed administrative and priority claims in full and a *pro rata* distribution of the Creditor Payment to holders of allowed general unsecured claims following the Sale in accordance with the Settlement Agreement; the Debtor having submitted to the Court the Escrow Trust Disbursement Statement, Asset Sale Distribution Spreadsheet and proposed Creditor Distribution Spreadsheet attached hereto as Group Exhibit A;

**THE COURT FINDS:**

A.  Adequate notice of the Dismissal, as set forth herein, has been provided to creditors and parties in interest and no further notice is required;

B.  Good cause exists to dismiss the Debtor's chapter 11 case in conjunction with the proposed payment of creditors as set forth in the Creditor Distribution Spreadsheet attached hereto as part of Group Exhibit A because the Debtor has no likelihood of rehabilitation and its estate continues to be diminished by accruing administrative expenses.

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to such terms in the Order Approving Structured Dismissal.

{10242-001 ORD A0352606.DOC}

C.      The proposed payment of creditors, including full payment of administrative and priority creditors and a 96% *pro rata* distribution to holders of allowed prepetition general unsecured claims by the Debtor in conjunction with the Dismissal is in the best interest of the Debtor, its creditors and the administration of the Debtor's estate; and

D.      Good cause exists to alter the effects of dismissal pursuant to 11 U.S.C. § 349(b) and, accordingly, all orders entered by the Court in the Debtor's case, including this Order, shall: (i) survive the dismissal of the Debtor's case, (ii) confer valid and binding rights and obligations on all parties, and (iii) remain in full force and effect notwithstanding dismissal of the Debtor's case.

**Based on the foregoing, it is ORDERED:**

1.      The Debtor is authorized and directed to pay creditors according to the Creditor Distribution Spreadsheet attached hereto as <u>Group Exhibit A</u> within seven (7) days of the entry of this Order.

2.      For good cause shown, 11 U.S.C. § 349(b) is deemed to be inapplicable to the dismissal of the Debtor's case.

3.      The Debtor's case is dismissed pursuant to the terms of this Order, effective as of September 3, 2013.

4.      The Court shall retain jurisdiction to enforce all orders entered in the Debtor's case, including this Order.

ENTER: *Jacqueline P. Cox*

DATE: August 27, 2013        J. Cox
_____
Jacqueline P. Cox
United States Bankruptcy Judge

{10242-001 ORD A0352606.DOC}

# Group Exhibit A

# CHICAGO TITLE AND TRUST COMPANY

10 S LASALLE STREET
CHICAGO, IL 60603

## ESCROW TRUST DISBURSEMENT STATEMENT

DISBURSEMENT DATE: July 25, 2013         REFER TO: SUSAN MARCHEWSKI
                                         PHONE:   (312)223-2334
                                         FAX:     (312)223-5888

                                         ESCROW TRUST NO.    D1201337465-001
PARTIES:
GAC LANSING LLC                          TITLE ORDER NO.     01401-008894910
SEAN DELANEY
EDWARD A. HURTUK/ ed@hurtukdaroff.com
JANELLE GASBARRINO PARALEGAL

RECEIPTS:
    07/25/13    AMSDELL GROUP PREFERRED LLC
                --WIRE                                              2,937,447.85
    07/25/13    CHICAGO TITLE ESC 201328981
                --TRANSFER OF FUNDS-EARNEST MONEY                     400,000.00

                                                         $          3,337,447.85

DISBURSEMENTS:

01) PRORATIONS/CREDITS - Seller
    GOODWILL BUSINESS VALUE CREDIT PP           513,750.00
    PREPAID RENT CREDIT                          17,652.18-
    DELINQUENT RENT CREDIT                        4,635.25
    2013 RE TAX - 30-30-119-033                   7,402.56-
    2013 RE TAX - 30-30-119-032                  18,137.26-
    2013 RE TAX - 30-30-119-030                  73,936.27-

    TOTAL PRORATIONS                            401,256.98
    PURCHASE PRICE                            2,911,250.00

    ADJUSTED PURCHASE PRICE                  $3,312,506.98        $3,312,506.98

02) CHICAGO TITLE AND TRUST COMPANY - Seller's Charges

    Re: Title Order No. 01401-008894910

    MGR TAX PAYMENT FEE                             310.00
    DUPLICATE TAX BILL FEE 2011 TAXES                12.00
    WIRE TRANSFER FEE                                35.00
    ESTIMATED RECORDING FEES                        150.00
                                                 $507.00              $507.00

03) MARCUS AND MILLICHAP
    BROKER'S COMMISSION                         171,250.00
                                                                    $171,250.00

04) GAS STORAGE LANSING, LLC DEBTOR IN
    POSSESSION ACCOUNT
    PAYMENT AS DIRECTED                          50,000.00
                                                                     $50,000.00

05) MGR F/B/O COOK COUNTY TREASURER
    PIN 30-30-119-030-0000
    2011 - 1ST INSTALLMENT                       17,381.39
                                                                     $17,381.39


SMD     07/25/13    14:41        NOTE: * - Indicates items Paid Outside of Closing.

```
                                          ESCROW TRUST NO.   D1201337465-001
                                                    PAGE NO.   2
```

```
06) MGR F/B/O COOK COUNTY TREASURER
    PIN 30-30-119-030
    2012 - 1ST & 2ND INSTALLMENT              137,418.49
                                                                $137,418.49

07) COOK COUNTY TREASURER
    PIN 30-30-119-032-0000
    2012 2ND INSTALLMENT                       32,136.42
                                                                 $32,136.42

08) COOK COUNTY TREASURER
    PIN 30-30-119-033-0000
    2012 2ND INSTALLMENT                       13,116.19
                                                                 $13,116.19

09) COOK COUNTY COLLECTOR
    2008 OPEN ITEM TAX BILL -1ST INSTALLMENT
    PIN 30-30-119-020-0000                      1,977.03
                                                                  $1,977.03

10) COOK COUNTY COLLECTOR
    2008 OPEN ITEM TAX BILL -2ND INSTALLMENT
    PIN 30-30-119-020-0000                      4,065.70
                                                                  $4,065.70

11) BRANCH BANKING AND TRUST COMPANY,
    SUCCESSOR TO COLONIAL BANK
    PAYOFF LOAN                              2,872,950.52
                                                              $2,872,950.52

12) STORAGE ETC PROPERTY MANAGEMENT, LLC
    INOVICE 072413LANSING                       2,302.26
                                                                  $2,302.26

13) SCCS - STATE CITY COUNTY SERVICES
    INVOICE 72500                                  65.00
                                                                     $65.00

14) COOK COUNTY COLLECTOR
    2007 OPEN ITEM TAX BILL -1ST INSTALLMENT
    PIN 30-30-119-020-0000                      2,058.84
                                                                  $2,058.84

15) COOK COUNTY COLLECTOR
    2007 OPEN ITEM TAX BILL -2ND INSTALLMENT
    PIN 30-30-119-020-0000                      2,140.64
                                                                  $2,140.64

16) COOK COUNTY RECORDER OF DEEDS
    TRANS TAX ($4,110.00 PD TO CTY) BALANCE
    TO LENDER IF ACCEPTED BY CTY.               5,137.50
                                                                  $5,137.50

17) GAC LANSING LLC
    NET PROCEEDS TO SELLER                                            $0.00
                                                              ==============
```

```
SMD    07/25/13    14:41    NOTE: * - Indicates items Paid Outside of Closing.
```

```
                                              ESCROW TRUST NO.   D1201337465-001
                                                       PAGE NO.   3


18) PRORATIONS/CREDITS - Buyer
    2013 RE TAX - 30-30-119-033                 7,402.56
    DELINQUENT RENT CREDIT                      4,635.25-
    GOODWILL BUSINESS VALUE CREDIT PP         513,750.00-
    2013 RE TAX - 30-30-119-030                73,936.27
    PREPAID RENT CREDIT                        17,652.18
    2013 RE TAX - 30-30-119-032                18,137.26
                                              -----------
        TOTAL PRORATIONS                      401,256.98-
        PURCHASE PRICE                      2,911,250.00
                                              -----------
        ADJUSTED PURCHASE PRICE             $3,312,506.98        $3,312,506.98

19) CHICAGO TITLE AND TRUST COMPANY - Buyer's Charges

    Re: Title Order No. 01401-008894910

    ESCROW FEE                                 1,150.00
    NY CLOSING FEE                               400.00
    TITLE INSURANCE                            3,082.00
    ENDORSEMENTS                               3,425.00
    COMMITMENT & POLICY UPDATE FEES              300.00
    WIRE TRANSFER FEES                            35.00
    SCHEDULE B DOCUMENT COPIES                   100.00
    ESTIMATED RECORDING & SERVICE FEE            150.00
                                              -----------
                                              $8,642.00             $8,642.00

20) VANDERSTAPPEN SURVEYING & ENGINEERING
    SURVEY FEE INVOICE 34451                   3,500.00
                                                                    $3,500.00

21) VANDERSTAPPEN SURVEYING & ENGINEERING
    INVOICE 34562                              1,250.00
                                                                    $1,250.00

22) CARDNO ATC
    INVOICE 1775771                            6,548.87
                                                                    $6,548.87

23) COMMERCIAL DUE DILIGENCE
    INVOICE 130508437                            500.00
                                                                      $500.00

24) URTUK & DAROFF CO., LLP
    INVOICE 79317                              4,500.00
                                                                    $4,500.00

25) AMSDELL STORAGE VENTURES XIV, LLC
    TOTAL DISBURSEMENT AMOUNT                                    $3,337,447.85
    TOTAL BUYER RECEIPTS                                         $3,337,447.85
                                                                 -------------
    OVERDEPOSIT TO BUYER                                                 $0.00
                                                                 =============


    DISBURSEMENTS APPROVED:




    SMD    07/25/13    14:41      NOTE: * - Indicates items Paid Outside of Closing.
```

ESCROW TRUST NO.    D1201337465-001
PAGE NO.    4

_7/25/2013_
DATE                FOR SELLER                          FOR BUYER _[signature] CFO_

_____            _____                        _____
DATE                FOR BUYER                           FOR BUYER

_____            _____
DATE

_____            _____
DATE                FOR CHICAGO TITLE AND TRUST


SMD       07/25/13     14:43          NOTE: * - Indicates Items Paid Outside of Closing.

ESCROW TRUST NO.    D1201337465-001
PAGE NO.    4

DATE _____    *[signature: Jordon E. Shouveia]* FOR SELLER    FOR BUYER _____

DATE _____    FOR BUYER _____    FOR BUYER _____

DATE _____
DATE 7/25/13    *[signature]* FOR CHICAGO TITLE AND TRUST

SMD    07/25/13    14:41    NOTE: * - Indicates Items Paid Outside of Closing.

| In re GAC Lansing - Asset Sale Distribution Spreadsheet | | |
|---|---|---|
| Sale Price | $ 3,425,000.00 | |
| **Waterfall Level 1 (Closing Costs)** | | **Comments** |
| Taxes | | |
| 2013 RE tax proration ($7,402.56, $18,137.26, $73,936.27) | $ 99,476.09 | |
| 2011 1st installment -030 parcel | $ 17,381.39 | |
| 2012 1st and 2nd installment -030 parcel | $ 137,418.49 | |
| 2012 2nd installment -032 parcel | $ 32,136.42 | |
| 2012 2nd installment -033 parcel | $ 13,116.19 | |
| 2008 open tax bills for -020 parcel ($1,977.03, $4,065.70) | $ 6,042.73 | |
| 2007 open tax bills for -020 parcel ($2,058.84, $2,140.64) | $ 4,199.48 | |
| Tax Indemnity Escrow | $ - | Not applicable |
| Prepaid Rent/Delinquent Rent Credit to Buyer | $ 13,016.93 | Prepaid rent credit to buyer ($17,652.18) less delinquent rent credit to seller ($4,635.25) |
| Seller Closing Costs | $ 8,011.76 | Fees ($507), Storage Etc final invoice ($2,302.26), tax bill service ($65) and transfer tax ($5,137.50) |
| Total Level 1 | $ 330,799.48 | |
| Total Remaining After Level 1 | $ 3,094,200.52 | |
| **Waterfall Level 2 (Broker Commission)** | | |
| Broker Commission | $ 171,250.00 | Broker commission is 5% |
| Total Level 2 | $ 171,250.00 | |
| Total Remaining After Level 2 | $ 2,922,950.52 | |
| **Waterfall Level 3 (BBT Payment)** | | |
| BBT Payment | $ 2,400,000.00 | |
| Total Level 3 | $ 2,400,000.00 | |
| Total Remaining After Level 3 | $ 522,950.52 | |
| **Waterfall Level 4 (Remaining Admin Expenses)** | | |
| Remaining Administrative Expenses (Non-Legal) | | Total of $11,452.25 ($332.25 phone, $150 Sitelink, $150 alarm, $275 Call Ctr, $145 Refuse, $10,400 UST fees) |
| Total Level 4 | $ - | No allocation required due to sufficient funds in DIP account |
| Total Remaining After Level 4 | $ 522,950.52 | |
| **Waterfall Level 5 (BBT Payment Obligations)** | | |
| Priority Claims | $ 521.74 | Filed priority claims are $6.18 and scheduled $521.74 |
| Creditor Payment | $ 15,000.00 | |
| Oustanding Fee Obligation (SF and SH) | $ 10,891.92 | ($7,879.42 Shaw Fishman retainer shortfall; $3,012.50 Smith Hemmesch fees) |
| Total Level 5 | $ 26,413.66 | |
| Total Remaining After Level 5 | $ 496,536.86 | |
| **Waterfall Level 6 (Fee Escrow)** | | |
| Fee Escrow (10% of remaining) | $ - | No allocation based on sufficient DIP funds and Level 5 Fee Escrow |
| Total Remaining After Level 6 | $ 496,536.86 | |
| Creditor Payment (5% of remaining) | $ 24,826.84 | Total amount available for pro rata distribution to nonpriority unsecured creditors is $39,826.84 |
| Total Remaining After Level 7 | $ 471,710.02 | |
| **Waterfall Level 8 (BBT Second Payment)** | | |
| Residual BBT Payment | $ 471,710.02 | |
| plus Level 3 BBT Payment of $2,400,000 | $ 2,871,710.02 | |
| Amount Paid to BBT at Closing | $ 2,872,950.52 | |
| plus Surplus DIP Funds after Creditor Disbursements | | |
| Total Payment to BBT | | |

| In re GAC Lansing - Creditor Distribution Spreadsheet | | | |
|---|---|---|---|
| DIP Account Balance as of 8/26/13 | $ 100,857.34 | | |
| **Administrative Expenses** | | | **Comments** |
| Phone & Office Expenses | $ 1,052.25 | | |
| UST Fee Statement - 3rd Qtr | $ 10,400.00 | | |
| Shaw Fishman | $ 7,879.42 | | |
| Smith Hemmesch | $ 3,012.50 | | |
| Total Admininstrative Expenses | $ 22,344.17 | | |
| Remaining DIP Funds After Admin Expenses | $ 78,513.17 | | |
| **Priority Creditor Claims** | | | |
| Illinois Department of Revenue | $ 78.55 | | |
| Illinois Department of Employment Security | $ 6.18 | | |
| Internal Revenue Service | $ 443.19 | | |
| Total Priority Claims | $ 527.92 | | |
| Remaining DIP Funds After Priority Claims | $ 77,985.25 | | |
| **General Unsecured Claims** | | | |
| | Pro rata portion | Actual Claim | |
| | 95.99% | | |
| American Security & Communications | $ 10.83 | $ 11.28 | |
| Associated Supply Company | $ 264.55 | $ 275.60 | |
| AT&T (Illinois Bell Telephone Company) | $ 583.24 | $ 607.61 | |
| ComEd | $ 2,412.18 | $ 2,512.96 | |
| Dex One | $ 33,462.12 | $ 34,860.19 | |
| Telecom POA | $ 1,736.45 | $ 1,809.00 | |
| Village of Lansing | $ 47.99 | $ 50.00 | |
| Yellow Book Sales & Distribution | $ 1,309.48 | $ 1,364.19 | |
| Total Pro Rata General Unsecured Claims | $ 39,826.84 | $ 41,490.83 | |
| Remaining DIP Funds After Unsecured Claims | $ 38,158.41 | | |
| **Surplus DIP Funds payable to BBT** | $ 38,158.41 | | |